**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | Case No. 14-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS
HOLDING THE 25 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 25 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately April 30, 2014. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Formosa Plastic Corp. USA<br>Attn: Robert F. Kelly - Vice President<br>9 Peach Tree Hill Road<br>Livingston, NJ 07039<br>Tel: 973-992-2090<br>Fax: 973-992-9627<br>Email: employment@fpcusa.com | Trade Payable | | $4,133,597.40 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 2. | Tenax Corporation<br>Attn:  Robert D. Kilpatrick -  Vice President<br>4800 East Monument Street<br>Baltimore, MD 21205<br>Tel:  410-522-7000<br>Fax:  410-522-7015<br>Email:  info@us.tenax.com | Trade Payable | | $826,796.79 |
| 3. | Total Petrochemicals & Refining USA, Inc.<br>Attn:  Elizabeth Matthews - General Counsel<br>1201 Louisiana Street, Suite 1800<br>Houston, TX 77002<br>Tel:  713-483-5000<br>Fax:  713-483-5466<br>Email:  publicaffairs@total.com | Trade Payable | | $767,440.00 |
| 4. | Tensar International Corporation<br>Attn:  Rob Briggs - General Counsel<br>2500 Northwinds Parkway, Suite 500<br>Alpharetta, GA  30009<br>Tel: 770-344-2090<br>Fax: 770-344-2089<br>Email:  web@tensarcorp.com | Trade Payable | | $710,521.12 |
| 5. | Propex Operating Company, LLC<br>Attn:  John Stover - General Counsel<br>1110 Market St., Suite 300<br>Chattanooga, TN  37402<br>Tel: 800-621-1273<br>Fax: 423-899-5005<br>Email: todd.gerrez@propexglobal.com | Trade Payable | | $378,238.78 |
| 6. | Beaulieu Group, LLC<br>Attn:  Legal Department - Bankruptcy Notices<br>1502 Coronet Drive<br>P.O. Box 1248<br>Dalton, GA 30720<br>Tel:  800-227-7211  706-278-6666<br>Fax:  706-272-7305<br>Email:  support@blissflooring.com; reinfo@beaulieu-usa.com | Trade Payable | | $224,501.64 |
| 7. | BPM Minerals LLC<br>Attn:  Albert Cornelison - General Counsel<br>3000 N. Sam Houston Parkway East<br>Houston, TX 77032<br>Tel:  281-871-7900<br>Fax:  281-871-7940<br>Email:  FBPM@halliburton.com | Trade Payable | | $190,712.94 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 8. | Plastics Color Corporation of Illinois<br>Attn: Legal Department - Bankruptcy Notices<br>14201 Paxton Avenue<br>Calumet City, IL 60409<br>Tel: 708-868-3800<br>Fax: 708-868-3808<br>Email: borgsdorf@PMCGlobalInc.com | Trade Payable | | $156,567.27 |
| 9. | GlobalTranz Enterprises, Inc.<br>Attn: Greg Roeper - Chief Financial Officer<br>5415 E. High St., Building A9, Suite 460<br>Phoenix, AZ 85054<br>Tel: 866-275-1407<br>Fax: 888-299-8220<br>Email: aleto@globaltranz.com | Trade Payable | | $131,729.87 |
| 10. | BNSF Logistics International, Inc.<br>Attn: Ray Greer, President<br>1600 Lakeside Pkwy #100<br>Flower Mound, TX 75028<br>Tel: 855-481-9658<br>Fax: 479-587-3098<br>Email: marketing@bnsflogistics.com | Trade Payable | | $130,345.92 |
| 11. | Unipetrol RPA, S.R.O.<br>Attn: Artur Pazdzior - Chief Executive<br>Litvinov, Zaluzii 1, 436 70<br>Czech Republic<br>Tel: 420 4 7616 1111<br>Fax: 420 4 7670 9553<br>Email: unipetrolrpa@unipetrol.cz | Trade Payable | | $123,375.00 |
| 12. | Ingenia Polymers<br>Attn: John Lefas - President<br>3200 Southwest Fwy, Suite 1250<br>Houston, TX 77027<br>Tel: 713-296-1500<br>Fax: 713-296-1501<br>Email: contact@ingeniapolymers.com | Trade Payable | | $123,018.00 |
| 13. | Carpet & Rug Backing & Supplies, Inc.<br>Attn: Legal Department - Bankruptcy Notices<br>1903 S. Hamilton Street<br>Dalton, GA 30720<br>Tel: 706-277-1660<br>Fax: 706-279-1670<br>Email: info@carpetandrugbacking.com | Trade Payable | | $91,467.95 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 14. | Sirius Solutions<br>Attn: Kevin Cohn - Chief Financial Officer<br>1233 West Loop South<br>Suite 1800<br>Houston, TX 77027<br>Tel: 713-888-0488<br>Fax: 713-888-0235<br>Email: info@sirsol.com | Trade Payable | | $91,232.90 |
| 15. | Total Industrial Services Specialties, Inc.<br>Attn: Legal Department - Bankruptcy Notices<br>7020 Zoltowski Street<br>Houston, TX 77020<br>Tel: 281-484-0554<br>Fax: 866-208-4226<br>Email: Ramon@totalindsvc.com | Trade Payable | | $61,853.49 |
| 16. | Standard & Poor's<br>Attn: Neeraj Sahai - President<br>130 E Randolph St<br>Chicago, IL 60601<br>Phone: 312-233-7000<br>Fax: 312-233-7051<br>Email: Neeraj_Sahai@standardandpoors.com | Trade Payable | | $60,697.13 |
| 17. | Alabama Carriers, Inc.<br>Attn: Steve Morrison - President<br>3800 Industrial Drive<br>P.O. Box 170489<br>Birmingham, AL 35217<br>Phone: 205-841-4050<br>Fax: 205-849-0739<br>Email: smorrison@alabamacarriers.com | Trade Payable | | $55,175.00 |
| 18. | EnviroCon Systems, Inc.<br>Attn: Larry Stevens - President<br>1921 Greens Road<br>Houston, TX 77032<br>Phone: 281-443-2597<br>Fax: 281-443-6227<br>Email: sales@enviroconsystems.com | Trade Payable | | $54,297.95 |
| 19. | Atlantic Packaging<br>Attn: Rusty Carter - President<br>806 North 23rd Street<br>Wilmington, NC 28405<br>Phone: 910-343-0624<br>Fax: 800-722-5841<br>Email: info@atlanticpkg.com | Trade Payable | | $44,865.31 |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 20. | Allpart Supply<br>Attn: Bruce Hartin - President<br>3508 Ave F East<br>Arlington, TX 76011<br>Phone: 800-960-5610<br>Fax: 817-284-2935<br>Email: sales@allpartsupply.com | Trade Payable | | $41,560.20 |
| 21. | BNSF Railway Company<br>Attn: Carl R. Ice - President And Chief Executive Officer<br>2650 Lou Menk Drive<br>Fort Worth, TX 76131<br>Phone: 800-795-2673<br>Email: communications@bnsf.com | Trade Payable | | $41,287.19 |
| 22. | Brown, Ralph And Sonya<br>c/o Goldberg, Persky & White, PC<br>Attn: Jeffrey V. Mansell<br>1030 Fifth Ave.<br>Pittsburgh, PA 15219<br>Tel: 412-471-3980<br>Fax: 412-471-8308<br>Email: jmansell@gpwlaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | Undetermined |
| 23. | Crumbley, Lynn<br>c/o Julius & Simpson LLP<br>Attn: Margo Tschetter Julius and Michael J. Simpson<br>P.O. Box 8025<br>Rapid City, SD 57709<br>Tel: 605-716-1000<br>Fax: 605-716-1078<br>Email: margo@juliussimpson.com | Litigation | Contingent<br>Unliquidated<br>Disputed | Undetermined |
| 24. | Flores, Francisca<br>P.O. Box 4040<br>Sacramento, CA 95812<br>United States | Litigation | Contingent<br>Unliquidated<br>Disputed | Undetermined |
| 25. | Webester, Lee<br>c/o Adley Law Firm Ltd, LLP<br>Attn: Kevin Adley<br>4900 Woodway Drive Suite 1000<br>Houston, TX 77056<br>Tel: 713-977-9000<br>Fax: 713-977-9050<br>Email: info@adleylaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | Undetermined |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Charles A. Sorrentino, President and Chief Executive Officer, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 25 largest unsecured claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: May 4, 2014

*[signature]*
Charles A. Sorrentino
President and Chief Executive Officer