IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
GSE ENVIRONMENTAL, INC., ) Case No. 14-_____ (___)
)
Debtor. )
)

## LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| GSE Environmental, Inc. | GSE Holding, Inc. | 19103 Gundle Road Houston, Texas 77073 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Charles A. Sorrentino, the undersigned President and Chief Executive Officer of GSE Environmental, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my knowledge, information, and belief.

Dated: May 4, 2014

_____
Charles A. Sorrentino
President and Chief Executive Officer