# Exhibit C

# Utility Services List

## Utility Services List

| Provider | Utility Contact Address | Service(s) Provided | Account Number(s) | Debtor Served | Average Monthly Expenditure | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| Reliant Energy Texas Retail, LLC | 1201 Fannin St. Houston, TX 77002 713-537-2352 | Electricity | 3109358-6 3109359-4 3109360-2 9558695-4 3109361-0 | GSE Environmental, LLC | $231,121 | $115,561 |
| Santee Electric Cooperative, Inc. | 202 W. Broad Street Hemingway, SC 29554 843-355-6187 | Electricity | 867900 | GSE Environmental, LLC | $54,843 | $27,422 |
| Black Hills Power & Light Company | 409 Deadwood Avenue N. Rapid City, SD 57709 800-742-8948 | Electricity | 951210451 3063935760 | GSE Environmental, LLC | $10,227 | $5,114 |
| Waste Management of Florence | 2620 Beulah Rd. Florence, SC 29506 843-413-3000 | Trash | 9720008832-2972-6 | GSE Environmental, LLC | $5,696 | $2,848 |
| Waste Management (Houston) | 100 Genoa Red Bluff Rd. Houston, TX 77034 855-859-7346 | Trash | O11-0176603-0011-6 O11-0130790-0011-6 OIH-0001281-1791-8 O11-0187580-0011-3 | GSE Environmental, LLC | $4,912 | $2,456 |
| Dan's Dumpster Service | 12097 Whitewood Service Rd. Whitewood, SD 57793 605-347-3333 | Trash | No Account Number | GSE Environmental, LLC | $1,804 | $902 |
| City of Spearfish | 625 Fifth Street Spearfish, SD 57783 605-642-1325 | Water/Trash | 03-285000-00 03-285070-00 03-285001 | GSE Environmental, LLC | $272 | $136 |
| Town of Kingstree, Water Department | 401 N. Longstreet St. Kingstree, SC 29556 843-355-8154 | Water | 2982 | GSE Environmental, LLC | $298 | $149 |
| Richey Road M.U.D. | 9431 Rio Grande Dr. Houston, TX 77064 281-807-9500 | Water | 55018-000005010202000 55018-000005010200000 | GSE Environmental, LLC | $2,352 | $1,176 |
| Global Crossing | 1025 Eldorado Blvd. Broomfield, CO 80020 513-769-0110 | Phone, Internet | 205132031 204959537 | GSE Environmental, LLC | $27,687 | $13,844 |
| Virtela Communications, Inc. | 5680 Geenwood Plaza, #200 Greenwood Village, CO 80111 720-475-4000 | Internet | 2866 | GSE Environmental, LLC | $9,085 | $4,543 |
| Verizon Wireless (Texas) | 5255 N. President George Bush Highway, #525 Garland, TX 75040 972-414-3094 | Phone | 220345698-00004 | GSE Environmental, LLC | $13,969 | $6,985 |
| Verizon (MD) | 5255 N. President George Bush Highway, #525 Garland, TX 75040 972-414-3094 | Telephone | 000621988788 94Y | GSE Environmental, LLC | $1,161 | $581 |

---

[1] Monthly amounts are based on the Debtors' average monthly expenditure for the twelve months ending March 31, 2014 or, if twelve months of information was not available, on available information or projected expenditures.

| Verizon Business Fios (CT) | 5255 N. President George Bush Highway, #525 Garland, TX 75040 972-414-3094 | Phone | 1164795857 | GSE Environmental, LLC | $70 | $35 |
|---|---|---|---|---|---|---|
| T Mobile | 17435 North Freeway Houston, TX 77090 281-397-0907 | Phone | 333567485 | GSE Environmental, LLC | $9,847 | $4,924 |
| AT&T | 208 S. Akard Street Dallas, TX 75202 210-821-4105 | Phone, Internet | 713A37-00900567 | GSE Environmental, LLC | $6,807 | $3,404 |
| AT&T | 208 S. Akard Street Dallas, TX 75202 210-821-4105 | Phone, Internet | 985845-95662530463 | GSE Environmental, LLC | $496 | $248 |
| AT&T - | 208 S. Akard Street Dallas, TX 75202 210-821-4105 | Phone | 171-784-9594039 | GSE Environmental, LLC | $706 | $353 |
| AT&T Mobility | 208 S. Akard Street Dallas, TX 75202 210-821-4105 | Phone | 287243840439 | GSE Environmental, LLC | $2,069 | $1,035 |
| CenturyLink | 100 Century Link Drive Monroe, LA 71203 866-541-3331 | Phone, Internet | 61170789 69528855 71380980 | GSE Environmental, LLC | $658 | $329 |
| Airgas USA, LLC | 510 Aldine Bender Rd. Houston, TX, 77060 281-447-7400 | Gas | 201397191 | GSE Environmental, LLC | $1,324 | $662 |
| Linde, LLC | 575 Mountain Avenue New Providence, NJ 07974 908-771-6466 | Gas | 200995337 | GSE Environmental, LLC | $2,298 | $1,149 |
| SCE&G | 800 Gaston Rd Bldg A Gastonia, NC 28056 | Gas | 1217-000374166-001 | GSE Environmental, LLC | $1,506 | $753 |
| Montana-Dakota Utilities Co. | 1200 W. Century Ave. Bismarck, ND 58506 | Gas | 20163 | GSE Environmental, LLC | $1,218 | $609 |
| Total | | | | | $390,426 | $195,218 |