**<u>EXHIBIT B</u>**

**Corporate Organizational Chart**

# Corporate Structure Chart



30371962-1