**EXHIBIT B**

**Liquidation Analysis**

**[TO COME]**