# EXHIBIT C

**Debtors' Financial Projections**

**[TO COME]**