# EXHIBIT D

**Debtors' Prepetition Corporate Structure**

# Corporate Structure Chart

