# Exhibit 1

# Budget

GSE - Cash Flow Projections
North America
($'s in '000)

| Forecast Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 5/9 | 5/16 | 5/23 | 5/30 | 6/6 | 6/13 | 6/20 | 6/27 | 7/4 | 7/11 | 7/18 | 7/25 | 8/1 | |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Beginning Cash Balance** | 3,279 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,346 | 4,147 | 3,279 |
| **Receipts** | | | | | | | | | | | | | | |
| Customer Receipts | 2,008 | 2,294 | 2,868 | 3,728 | 2,614 | 2,614 | 3,485 | 4,066 | 2,884 | 2,563 | 3,845 | 4,486 | 2,934 | 40,389 |
| Receipts from Affiliates | 100 | 100 | 100 | 100 | 650 | 650 | 650 | 650 | 650 | 650 | 700 | 700 | 700 | 6,400 |
| Other Receipts / Credits | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 2,108 | 2,394 | 2,968 | 3,828 | 3,264 | 3,264 | 4,135 | 4,716 | 3,534 | 3,213 | 4,545 | 5,186 | 3,634 | 46,789 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Total Resin / Fiber | (2,493) | (2,312) | (2,312) | (2,312) | (2,725) | (2,377) | (2,377) | (2,377) | (1,632) | (1,632) | (1,632) | (1,632) | (1,632) | (27,444) |
| Materials & Other Opex | (300) | (500) | (300) | (300) | (300) | (300) | (500) | (300) | (300) | (300) | (500) | (300) | (300) | (4,500) |
| Freight | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (313) | (4,069) |
| Material Operating Disbursements [1] | (3,106) | (3,125) | (2,925) | (2,925) | (3,338) | (2,990) | (3,190) | (2,990) | (2,245) | (2,245) | (2,445) | (2,245) | (2,245) | (36,013) |
| Gross Payroll (inc. co expense) | (80) | (780) | (130) | (780) | (130) | (780) | (130) | (992) | (130) | (780) | (130) | (1,017) | (130) | (5,993) |
| Repair & Maintenance | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (650) |
| Payments to Affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | (3,236) | (3,956) | (3,106) | (3,756) | (3,519) | (3,820) | (3,370) | (4,032) | (2,425) | (3,075) | (2,625) | (3,312) | (2,425) | (42,656) |
| **Corporate Disbursements** | | | | | | | | | | | | | | |
| Ordinary Course Professionals | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (200) | (50) | (50) | (50) | (50) | (50) | (800) |
| Moelis | - | - | - | - | (138) | - | - | - | (138) | - | - | - | (650) | (925) |
| Alvarez & Marsal | - | - | - | - | (385) | - | - | - | (330) | - | - | - | (330) | (1,045) |
| Pachulski - (Local) | - | - | - | - | (55) | - | - | - | (55) | - | - | - | (55) | (165) |
| Kirkland & Ellis | - | - | - | - | (385) | - | - | - | (385) | - | - | - | (385) | (1,155) |
| Total Prof Fees - Company | (50) | (50) | (50) | (50) | (1,013) | (50) | (50) | (200) | (958) | (50) | (50) | (50) | (1,470) | (4,090) |
| Prof Fees - Lender | - | - | - | - | (267) | - | - | - | (267) | - | - | - | (267) | (800) |
| Prof Fees - UCC / Bankruptcy Fees | (140) | - | - | - | (157) | - | - | - | (157) | - | - | - | (107) | (561) |
| Corp Tax | - | (150) | (150) | - | - | - | (150) | (150) | - | - | (150) | (150) | - | (900) |
| Corp Insurance | - | - | (300) | - | - | - | - | (300) | - | - | - | - | - | (600) |
| Corp Other | (235) | (40) | (235) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (910) |
| **Total Corporate Disbursements** | (425) | (240) | (735) | (90) | (1,476) | (90) | (240) | (690) | (1,421) | (90) | (240) | (240) | (1,884) | (7,861) |
| Pre-Petition Payments | - | (1,028) | (2,850) | (1,779) | (1,364) | (1,364) | (1,364) | (797) | (797) | (797) | (797) | (797) | (1,797) | (15,530) |
| KEIP / KERP | - | - | - | - | - | - | - | - | - | - | - | - | (1,400) | (1,400) |
| CAPEX Disbursements | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (475) |
| **Finance Payments / Borrowings** | | | | | | | | | | | | | | |
| Priming Facility Payments/Fees | (18,137) | - | - | - | - | - | - | - | - | - | - | - | - | (18,137) |
| DIP Interest Payments/Fees | (900) | - | - | (237) | - | - | - | - | (307) | - | - | - | (362) | (1,806) |
| All Other Principle/Interest/Fees | - | - | - | (113) | - | - | - | - | (113) | - | - | - | (113) | (339) |
| Revolver Advance (Paydown) | 19,848 | 2,866 | 3,759 | 2,184 | 3,131 | 2,047 | 875 | 839 | 1,565 | 785 | - | - | 2,687 | 40,588 |
| **Total Finance Payments / Borrowings** | 811 | 2,866 | 3,759 | 1,833 | 3,131 | 2,047 | 875 | 839 | 1,146 | 785 | - | - | 2,212 | 20,306 |
| **Ending Cash Balance** | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,346 | 4,147 | 2,451 | 2,451 |
| **DIP [2]** | | | | | | | | | | | | | | |
| | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Interest Reserve Block | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) | (413) |
| Min Availability Requirement (DIP) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) |
| Professional Fee Carve Out [3] | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Revolver Availability | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 | 40,588 |
| Revolver Balance | 19,848 | 22,714 | 26,473 | 28,657 | 31,788 | 33,835 | 34,710 | 35,550 | 37,115 | 37,900 | 37,900 | 37,900 | 40,588 | 40,588 |
| Revolver Availability - NA | 20,740 | 17,873 | 14,114 | 11,930 | 8,799 | 6,752 | 5,877 | 5,038 | 3,472 | 2,687 | 2,687 | 2,687 | - | - |
| Availability Including Cash - NA | 23,240 | 20,373 | 16,614 | 14,430 | 11,299 | 9,252 | 8,377 | 7,538 | 5,972 | 5,187 | 6,034 | 6,834 | 2,451 | 2,451 |

[1] Line items labeled Total Resin / Fiber, Materials & Other Opex, and Freight shall be considered together as if they were set forth on a single line.
[2] N/A
[3] Carve Out of $0.5mm is in addition to all accrued fees up to the date of conversion.