# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | ) | Case No. 14-11126 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**TO ALL HOLDERS OF CLAIMS AND INTERESTS AND PARTIES IN INTEREST:**

  **PLEASE TAKE NOTICE THAT** on May 4, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed (a) the *Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 19] (as may be amended, supplemented, or modified from time to time, the "Plan") and (b) the *Disclosure Statement Relating to the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 20] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement").[2]

  **PLEASE TAKE FURTHER NOTICE THAT** a hearing will held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, on June 11, 2014, at 11:30 a.m., prevailing Eastern Time, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"), to consider the entry of an order approving, among other things, (a) the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, (b) procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan, and (c) establishing June 11, 2014, as the voting record date for determining Holders of Claims that are eligible to vote on the Plan. Please be advised that the Disclosure Statement Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

  **PLEASE TAKE FURTHER NOTICE THAT** copies of the Disclosure Statement and Plan may be obtained from (a) Prime Clerk LLC, the Debtors' Noticing Agent, at no charge by:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement.

(i) accessing the Debtors' restructuring website with the Noticing Agent at http://cases.primeclerk.com/gse; (ii) writing to the Noticing Agent at GSE Environmental, Inc., *et al.* Ballot Processing, c/o Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022; (iii) calling the Noticing Agent at (844) 205-4335; or (iv) emailing gseballots@primeclerk.com; or (b) for a fee via PACER at http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the adequacy of the Disclosure Statement or the relief sought in connection therewith must: (a) be made in writing; (b) conform to the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and any orders of the Bankruptcy Court; (c) state with particularity the legal and factual basis for the objection; and (d) be filed with the Bankruptcy Court (contemporaneously with a proof of service), and served upon the following parties so as to be **actually received** by each of following parties on or before **June 4, 2014, at 4:00 p.m., prevailing Eastern Time**:

---

**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Attention: Patrick J. Nash, Jr., P.C., Jeffrey D. Pawlitz, and Bradley Thomas Giordano
Email addresses: patrick.nash@kirkland.com, jeffrey.pawlitz@kirkland.com, and
bradley.giordano@kirkland.com

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attention: Laura Davis Jones and Timothy P. Cairns
Email address: ljones@pszjlaw.com and tcairns@pszjlaw.com

*Proposed Co-Counsel for the
Debtors and Debtors in Possession*

---

**WACHTELL, LIPTON, ROSEN & KATZ LLP**
51 West 52nd Street
New York, New York 10019
Attention: Scott K. Charles and Emily D. Johnson
E-mail addresses: SKCharles@wlrk.com and EDJohnson@wlrk.com

*Counsel to the Consenting Lenders*

---

**THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attention: Tiiara N. A. Patton
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

---

| | |
|---|---|
| Wilmington, Delaware<br>Dated: May 7, 2014 | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Jeffrey D. Pawlitz (admitted *pro hac vice*)<br>Bradley Thomas Giordano (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>jeffrey.pawlitz@kirkland.com<br>bradley.giordano@kirkland.com<br><br>*Proposed Co-Counsel for the*<br>*Debtors and Debtors in Possession* |

DOCS_DE:193145.1 30106/001