IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | Case No. 14-11126 (MFW)<br>(Jointly Administered) |
| Debtors. | |

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Ralph and Sonya Brown**, c/o Jeffrey V. Mansell, Esq., Goldberg, Persky & White, P.C., 1030 Fifth Avenue, Pittsburgh, PA 15219, Phone: (412) 471-3980, Fax: (412) 471-8308.

2. **Formosa Plastic Corp. USA**, Attn: John Rocktoff, 9 Peach Tree Hill Road, Livingston, NJ 07039, Phone: (973) 716-7294, Fax: (973) 716-745.

3. **Total Petrochemicals & Refining USA, Inc.**, Attn: Lisa Carpenter, 1201 Louisiana Street, Suite 1800, Houston, TX 77002, Phone: (713) 483-5000, Fax: (713) 483-5466.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: May 16, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.