**EXHIBIT B**

**Nash Declaration**

KE 31805450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | ) | Case No. 14-11126 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF PATRICK J. NASH JR., P.C. IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Patrick J. Nash, Jr.. P.C., being duly sworn, state the following under penalty of perjury:

1.     I am a partner in the law firm of Kirkland & Ellis LLP ("K&E"), located at 300 North LaSalle, Chicago, Illinois 60654. I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice *pro hac vice* in the United States Bankruptcy Court for the District of Delaware. There are no disciplinary proceedings pending against me.

2.     I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

*Petition Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## K&E's Qualifications

3.      The Debtors seek to retain K&E because of K&E's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

4.      K&E has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Dolan Co.*, No. 14-10614 (BLS) (Bankr. D. Del. Apr. 15, 2014); *In re Sorenson Commc'ns, Inc.*, No. 14-10454 (BLS) (Bankr. D. Del. Apr. 8, 2014); *In re FAH Liquidating Corp. f/k/a Fisker Auto. Holdings, Inc.*, No. 13-13087 (KG) (Bankr. D. Del. Jan. 10, 2014); *In re Physiotherapy Holdings, Inc.*, No. 13-12965 (KG) (Bankr. D. Del. Dec. 17, 2013); *In re Longview Power, LLC*, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); *In re Maxcom Telecomunicaciones, S.A.B. de C.V.*, No. 13-11839 (PJW) (Bankr. D. Del. Sept. 10, 2013); *In re Hawker Beechcraft, Inc.*, No. 12-11873 (SMB) (Bankr. S.D.N.Y. May 31, 2012); *In re Revel AC, Inc.*, No. 13-16253 (JHW) (Bankr. D.N.J. May 13, 2013); *In re Dex One Corp.*, No. 13-10533 (KG) (Bankr. D. Del. Apr. 29, 2013); *In re Global Aviation Holdings Inc.*, No. 12-40783 (CEC) (Bankr. E.D.N.Y. Mar. 9, 2012); *In re United Retail Grp., Inc.*, No. 12-10405 (SMB) (Bankr. S.D.N.Y. Feb. 23, 2012); *In re Amicus Wind Down Cop. f/k/a Friendly Ice Cream Corp.*, No. 11-13167 (KG) (Bankr. D. Del. Nov. 1, 2011); *In re Neb. Book Co.*, No. 11-12005 (PJW) (Bankr. D. Del. July 21, 2011); *In re Sbarro, Inc.*, No. 11-11527 (SCC) (Bankr. S.D.N.Y. May 3, 2011); *In re MSR Resort Golf Course LLC*, No. 11-10372 (SHL) (Bankr. S.D.N.Y. Mar. 2, 2011); *In re Great Atlantic &*

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Pacific Tea Co.*, No. 10-24549 (RDD) (Bankr. S.D.N.Y. Dec. 12, 2010); *In re Local Insight Media Holdings, Inc.*, No. 10-13677 (KG) (Bankr. D. Del. Nov. 17, 2010); *In re FGIC Corp.*, No. 10-14215 (SMB) (Bankr. S.D.N.Y. Aug. 25, 2010); *In re Innkeepers USA Trust*, No. 10-13800 (SCC) (Bankr. S.D.N.Y. Aug. 12, 2010); *In re North Am. Petroleum Corp.*, No. 10-11707 (CSS) (Bankr. D. Del. June 21, 2010*); In re South Bay Expressway, L.P.*, No. 10-04516 (LDA) (Bankr. S. D. Cal. June 11, 2010); *In re Neff Corp.*, No. 10-12610 (SCC) (Bankr. S.D.N.Y. June 9, 2010); *In re U.S. Concrete, Inc.*, No. 10-11407 (PJW) (Bankr. D. Del. May 21, 2010); *In re Citadel Broad. Corp.*, No. 09-17442 (BRL) (Bankr. S.D.N.Y. Feb. 3, 2010); *In re Stallion Oilfield Servs., Ltd.*, No. 09-13562 (BLS) (Bankr. D. Del. Nov. 16, 2009); *In re Reader's Digest Ass'n*, No. 09-23529 (RDD) (Bankr. S.D.N.Y. Sept. 17, 2009); *In re Lear Corp.*, No. 09-14326 (ALG) (Bankr. S.D.N.Y. July 31, 2009).[3]

5.      In preparing for its representation of the Debtors in these chapter 11 cases, K&E has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that K&E is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

**Services to Be Provided**

6.      Subject to further order of the Court and that certain engagement letter dated January 2, 2014 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to **Exhibit A** to the Application, the Debtors retained K&E to render, without limitation, the following legal services:

---

[3]   Because of the voluminous nature of the orders cited herein, they are not attached to this Declaration.  Copies of these orders are available upon request to Debtors' proposed counsel.

a. advising the Debtors with respect to its powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

b. advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c. attending meetings and negotiating with representatives of creditors and other parties in interest;

d. taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e. preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f. representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g. advising the Debtors in connection with any potential sale of assets;

h. appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i. advising the Debtors regarding tax matters;

j. taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k. performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

7. K&E intends to apply for compensation for professional services rendered on an

hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases,

4

subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure K&E will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that K&E uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that K&E uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

8.     K&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

9.     K&E's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]   These ranges reflect proposed changes to K&E's billing rates that will take effect on June 1, 2014, and July 1, 2014. K&E will make appropriate disclosures to the Court, the U.S. Trustee, and other parties in interest if the rates when finalized differ in any material respect from those listed above. For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $665-$1,295 |
| Of Counsel | $415-$1,195 |
| Associates | $450-$865 |
| Paraprofessionals | $170-$355 |

10.    The Debtors have approved K&E's prospective budget and staffing plan for the period from the Petition Date to September 4, 2014.

11.    K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.    K&E represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above. Moreover, these hourly rates are consistent with the rates that K&E charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. The rate structure provided by K&E is appropriate and is not significantly different from (a) the rates that K&E charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals. K&E and the Debtors have not agreed to any variations from, or alternatives to, K&E's standard billing arrangements for this engagement.

---

[5]    Although K&E does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, K&E will not charge a markup to the Debtors with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by K&E will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]    For example, like many of its peer law firms, K&E increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion  and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013. As set forth in the Order, K&E will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

6

13.     It is K&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also K&E's policy to charge its clients only the amount actually incurred by K&E in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

14.     To ensure compliance with all applicable deadlines in these chapter 11 cases, K&E utilizes the services of overtime secretaries. K&E charges fees for these services pursuant to the Engagement Letter between K&E and the Debtors, which permits K&E to bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, K&E professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

15.     K&E currently charges the Debtors $0.13 per page for standard duplication in its offices in the United States. Notwithstanding the foregoing and consistent with the Local Bankruptcy Rules, K&E will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases. K&E does not charge its clients for incoming facsimile transmissions. K&E has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by K&E from the Debtors

16.     K&E has provided, and agrees to continue to provide, assistance to the Debtors in accordance with the terms and conditions set forth in the Application and Engagement Letter.

7

As set forth below, on January 3, 2014, the Debtors paid $500,000 to K&E as a classic retainer and the Debtors subsequently made additional classic retainer payments to K&E totaling $2,503,379.85 in the aggregate. The foregoing retainers constitute "classic retainers" as defined in *In re Production Associates, Ltd.*, 264 B.R. 180, 184–85 (Bankr. N.D. Ill. 2001), and *In re McDonald Bros. Construction Inc.*, 114 B.R. 989, 997–99 (Bankr. N.D. Ill. 1990). Moreover, pursuant to the Engagement Letter, the classic retainers are property of K&E and are not held in a separate account. As such, K&E earned the classic retainers upon receipt, and, consequently, K&E placed the amounts into its general cash account. The amounts K&E has invoiced the Debtors against the classic retainer for professional services and for the reimbursement of reasonable and necessary expenses incurred in connection therewith are set forth in the chart below.

17. During the 90-day period before the Petition Date, K&E invoiced the Debtors, and the Debtors paid K&E, the following amounts:

| Type of Transaction | Billed Amount | Payment/Invoice Date | Amount of Classic Retainer/Replenishment | Retainer Balance |
|---|---|---|---|---|
| Invoice | $240,352.42 | 2/12/2014 | | $11,639.38 |
| Retainer Replenishment | | 2/14/2014 | $238,360.62 | $250,000.00 |
| Invoice | $125,105.34 | 2/21/2014 | | $124,894.66 |
| Retainer Replenishment | | 2/25/2014 | $125,105.34 | $250,000.00 |
| Invoice | $198,992.18 | 3/5/2014 | | $51,007.82 |
| Retainer Replenishment | | 3/7/2014 | $198,992.18 | $250,000.00 |
| Invoice | $205,812.73 | 3/20/2014 | | $44,187.27 |
| Retainer Replenishment | | 3/25/2014 | $205,812.73 | $250,000.00 |
| Invoice | $171,431.54 | 4/7/2014 | | $78,586.46 |
| Retainer Replenishment | | 4/9/2014 | $171,431.54 | $250,000.00 |
| Invoice | $226,919.72 | 4/18/2014 | | $23,080.28 |
| Retainer Replenishment | | 4/23/2014 | $226,919.72 | $250,000.00 |
| Invoice | $236,757.72 | 4/28/2014 | | $13,242.28 |
| Retainer Replenishment | | 4/30/2014 | $236,757.72 | $250,000.00 |
| Retainer Replenishment | | 5/2/2014 | $350,000.00 | $600,000.00 |
| Invoice | $131,682.98 | 5/2/2014 | | $468,317.02 |

8

18.     As of the Petition Date, the Debtors do not owe K&E any amounts for legal services rendered before the Petition Date, although certain expenses and fees may have been incurred by K&E, but not yet applied to K&E's classic retainer. Such amounts, if any, would be less than the balance of K&E's classic retainer as of the Petition Date.

19.     Pursuant to Bankruptcy Rule 2016(b), K&E has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with K&E or (b) any compensation another person or party has received or may receive.

### K&E's Disinterestedness

20.     In connection with its proposed retention by the Debtors in these chapter 11 cases, K&E undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, K&E obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto. K&E has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto. To the extent that I have been able to ascertain that K&E has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

21.     K&E and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. K&E has searched on its electronic database for its

9

connection to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, K&E will update this Declaration as necessary and when K&E becomes aware of additional material information. The following is a list of the categories that K&E has searched:[7]

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Debtor Affiliates |
| 1(c) | Current and Recent Former Directors and Officers |
| 1(d) | Administrative Agent |
| 1(e) | Contractual Counterparties |
| 1(f) | Current and Recent Former Secured Debt Holders |
| 1(g) | Insurers |
| 1(h) | Investment Bankers |
| 1(i) | Landlords |
| 1(j) | Letters of Credit |
| 1(k) | Lien Holders |
| 1(l) | Litigation Parties |
| 1(m) | Professionals |
| 1(n) | Shareholders |
| 1(o) | Significant Customers |
| 1(p) | Significant Vendors |
| 1(q) | Surety-Performance Bonds |
| 1(r) | Taxing Authorities |
| 1(s) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(t) | Utilities |

22.     To the best of my knowledge, (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and

---

[7]   K&E's inclusion of parties in the following Schedules is solely to illustrate K&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

(b) K&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

23. Listed on **Schedule 2** to this Declaration are the results of K&E's conflicts searches of the above-listed entities.[8] For the avoidance of doubt, K&E will not commence a cause of action in these chapter 11 cases against the parties listed on **Schedule 2** that are current or ongoing clients of K&E (including parties listed below under the "Specific Disclosures" section of this Declaration) unless K&E has an applicable waiver on file or first receives a waiver from such party allowing K&E to commence such an action. To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.

24. Of the clients listed on **Schedule 2**, none represented more than one percent of K&E's fee receipts for the twelve-month period ending on March 31, 2014.

25. K&E's conflicts search of the parties in interest listed on **Schedules 1(a) – 1(t)** (that K&E was able to locate using its reasonable efforts) reveals, to the best of K&E's knowledge, that those K&E attorneys and paraprofessionals who previously worked at other law firms that represented certain potential parties in interest in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at K&E.

---

[8] As referenced in **Schedule 2**, the term "current client" means a client to whom time was posted in the 12 months preceding the Petition Date. As referenced in **Schedule 2**, the term "former client" means a client to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in **Schedule 2**, the term "closed client" means a client to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. As a general matter, K&E discloses connections with former clients or closed clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

11

26.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, K&E, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

27.     K&E will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, K&E will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

28.     Generally, it is K&E's policy to disclose clients in the capacity that they first appear in a conflicts search. For example, if a client already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), K&E does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

29.     From time to time, K&E has referred work to other professionals to be retained in these chapter 11 cases. Likewise, certain such professionals have referred work to K&E.

30.     Certain insurance companies pay the legal bills of K&E clients. Some of these insurance companies may be involved in these chapter 11 cases. None of these insurance

12

companies, however, are K&E clients as a result of the fact that they pay legal fees on behalf of K&E clients.

**Specific Disclosures**

31.     As specifically set forth below and in the attached exhibits, K&E represents certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of the representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, K&E is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to CHS Capital LLC.**

32.     K&E currently represents, formerly has represented, and in the future will likely represent CHS Capital LLC ("<u>CHS</u>"), its related entities, and/or certain of its portfolio companies in a number of different matters unrelated to these chapter 11 cases. CHS directly owns an equity position in GSE Holding, Inc. ("<u>GSE</u>") and Code Hennessy Simmons IV LP, a subsidiary of CHS, currently holds a majority equity position in GSE. Additionally, CHS holds an irrevocable power of attorney over the GSE shares held by certain former partners of CHS Associates IV. And, certain principals of CHS currently serve on GSE's board of directors.

33.     In addition, K&E represented an affiliate of CHS in connection with its acquisition of a substantial equity interest in GSE in 2004 and continued to represent this affiliate in connection with this matter until 2006. On August 9, 2011, K&E entered into a waiver letter with CHS whereby CHS consented to and waived any conflicts arising from future representations in matters that may be adverse to CHS. K&E has not represented, is not

13

presently representing, and will not represent CHS or any of its affiliates in connection with matters related to these chapter 11 cases during the pendency of these chapter 11 cases.

34.    Moreover, K&E currently represents, and in the past has represented Andrew W. Code, Brian P. Simmons, David Hawkins, and Richard Alan Lobo, principals and/or employees of CHS, and their wives in connection with estate planning matters unrelated to these chapter 11 cases. K&E does not believe these connections present a conflict, but has disclosed them out of an abundance of caution.

35.    Daniel J. Hennessy, one of the Debtors' former Directors, serves as a principal at CHS and Hennessy Capital LLC. K&E currently represents Hennessy Capital LLC in matters substantially unrelated to the Debtors and these chapter 11 cases. Mr. Hennessy's service as principal of Hennessy Capital LLC is unrelated to the Debtors, but K&E has disclosed this connection out of an abundance of caution.

36.    Douglas J. Knoch, an employee of CHS, was an officer of AMF Bowling Worldwide during its chapter 11 cases. K&E represented AMF Bowling Worldwide in its chapter 11 restructuring. Mr. Knoch's service as an officer of AMF Bowling Worldwide was unrelated to the Debtors, but K&E has disclosed this connection out of an abundance of caution.

37.    Based on the foregoing, I do not believe that K&E's current and prior representation of the above parties preclude K&E from being a disinterested party under the Bankruptcy Code.

**B.    Connections to Officers and Directors.**

38.    Michael J. Kirksey, the Debtors' former Executive Vice President and Chief Financial Officer, was the Chief Financial Officer of SIRVA, Inc. during its and its affiliates chapter 11 cases. K&E represented SIRVA, Inc. and certain of its subsidiaries and affiliates in

14

their chapter 11 restructuring. Mr. Kirksey's service as Chief Financial Officer of SIRVA, Inc. was unrelated to the Debtors, but K&E has disclosed this connection out of an abundance of caution.

39.     Michael G. Evans, one of the Debtors' Directors, serves as the Chief Executive Officer of K&E clients WNA Holdings, Inc. and WNA Group Holdings, LLC and their affiliate Waddington North America Inc. Each of these other matters has been unrelated to the Debtors and these chapter 11 cases. K&E does not believe that any conflict exists with respect to K&E's current and prior representations for which Mr. Evans serves in management capacities, but has disclosed this connection out of an abundance of caution.

40.     Marcus J. George, one of the Debtors' Directors, serves as a Director of K&E clients WNA Holdings, Inc. and WNA Group Holdings, LLC and their affiliate Waddington North America Inc. Each of these other matters has been unrelated to the Debtors and these chapter 11 cases. K&E does not believe that any conflict exists with respect to K&E's current and prior representations for which Mr. George serves in director capacities, but has disclosed this connection out of an abundance of caution.

C.      **Connections to Certain Lenders and Affiliates.**

41.     K&E currently represents, formerly has represented, and in the future will likely represent Strategic Value Partners LLC ("SVP"), one of the Debtors' lenders, and certain of its affiliates (the "SVP Entities"). K&E's representations of each of the SVP Entities accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the SVP Entities have been and are unrelated to the Debtors or these chapter 11 cases. K&E does not believe these representations of

15

SVP Entities present a conflict of interest, but has disclosed the connections out of an abundance of caution.

42.    K&E currently represents, formerly has represented, and in the future will likely represent certain affiliates (the "Cantor Affiliates") of Cantor Fitzgerald Securities, the administrative agent under the Debtors' credit facilities. K&E's representations of each of the Cantor Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the Cantor Affiliates have been and are unrelated to the Debtors or these chapter 11 cases. K&E does not believe these representations of Cantor Affiliates present a conflict of interest, but has disclosed the connections out of an abundance of caution.

43.    K&E currently represents, formerly has represented, and in the future will likely represent certain affiliates (the "Black Diamond Affiliates") of Black Diamond CLO 2006-1 (Cayman) LTD., one of the Debtors' lenders. K&E's representations of each of the Black Diamond Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the Black Diamond Affiliates have been and are unrelated to the Debtors or these chapter 11 cases. K&E does not believe these representations of Black Diamond Affiliates present a conflict of interest, but has disclosed the connections out of an abundance of caution.

44.    K&E currently represents, formerly has represented, and in the future will likely represent Nationwide Mutual Insurance Company, one of the Debtors' lenders, and certain of its affiliates (the "Nationwide Entities"). K&E's representations of each of the Nationwide Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the Nationwide

Affiliates have been and are unrelated to the Debtors or these chapter 11 cases. K&E does not believe these representations of Nationwide Entities present a conflict of interest, but has disclosed the connections out of an abundance of caution.

45. K&E currently represents, formerly has represented, and in the future will likely represent certain affiliates (the "ING Affiliates") of ING Capital LLC, one of the Debtors' lenders. K&E's representations of each of the ING Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the ING Affiliates have been and are unrelated to the Debtors or these chapter 11 cases. K&E does not believe these representations of ING Affiliates present a conflict of interest, but has disclosed the connections out of an abundance of caution.

46. K&E currently represents, formerly has represented, and in the future will likely represent Wells Fargo, one of the Debtors' former lenders, and certain of its affiliates (the "Wells Fargo Entities"). K&E's representations of each of the Wells Fargo Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the Wells Fargo Affiliates have been and are unrelated to the Debtors or these chapter 11 cases, and as such, K&E is not materially adverse to the Debtors. K&E does not believe these representations of Wells Fargo Entities present a conflict of interest, but has disclosed the connections out of an abundance of caution.

47. K&E currently represents, formerly has represented, and in the future will likely represent certain affiliates (the "Jefferies Affiliates") of Jefferies Finance LLC, one of the Debtors' former lenders. K&E's representations of each of the Jefferies Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014.

KE 31805450

K&E's previous and current representations of the Jefferies Affiliates have been and are wholly unrelated to the Debtors or these chapter 11 cases, and as such, K&E is not materially adverse to the Debtors. K&E does not believe these relationships present a conflict of interest, but has disclosed them out of an abundance of caution.

48.    K&E currently represents, formerly has represented, and in the future will likely represent certain affiliates (the "GE Affiliates") of General Electric Capital Corporation, one of the Debtors' former lenders and the former administrative agent under the Debtors' credit facilities. K&E's representations of each of the GE Affiliates accounted for less than one percent of K&E's fee receipts for the twelve-month period ending March 31, 2014. K&E's previous and current representations of the GE Affiliates have been and are wholly unrelated to the Debtors or these chapter 11 cases, and as such, K&E is not materially adverse to the Debtors. K&E does not believe these relationships present a conflict of interest, but has disclosed them out of an abundance of caution.

**D.    Potential M&A Transaction Counterparties.**

49.    The Debtors were in discussions with certain parties (and may be in discussions with other parties in the future) regarding potential M&A transactions regarding the Debtors and their businesses. Due to the inherently competitive nature of this process, it is imperative that the identities of these potential counterparties remain confidential. The Debtors have disclosed to the U.S. Trustee the identities of the potential counterparties and K&E's connections to such potential counterparties, and K&E believes such disclosure is sufficient and reasonable under the circumstances and at this time. However, should the Court request disclosure of the identities of the potential counterparties, the Debtors are prepared to file with the Court under seal a version of this Declaration that contains a schedule of the potential counterparties and K&E's

18

connections to such potential counterparties. For the avoidance of doubt, K&E will not represent any of the potential counterparties in connection with any matter in these chapter 11 cases.

**E.    Other Chapter 11 Professionals.**

50.    As disclosed in **Schedule 2** attached hereto, K&E currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases. All prior and current K&E representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases. K&E has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases.

51.    On May 6, 2014, the Court approved Prime Clerk ("Prime Clerk") as the Debtors' notice and claims agent.[9] Certain former K&E attorneys currently are employed by Prime Clerk. Though previously employed by K&E, any work provided by these prior K&E attorneys is unrelated to the Debtors and the chapter 11 cases. K&E does not believe this connection presents a conflict of interest, but has disclosed it out of an abundance of caution.

52.    The Debtors intend to seek approval of their retention of Alvarez and Marsal North America, LLC ("A&M Advisory") as their restructuring advisor during the pendency of these chapter 11 cases. As disclosed in **Schedule 2** attached hereto, K&E currently represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), A&M Capital Partners, LP ("A&M Fund"), and related entities in matters unrelated to the Debtors and these chapter 11 cases. A&M Inc., the majority owner of A&M Advisory's parent company, Alvarez & Marsal Holdings, LLC ("A&M Holdings"), holds a significant interest in A&M

---

[9]  *See Order Authorizing and Approving the Retention of Prime Clerk LLC as Notice and Claims Agent to the Debtors* [Docket No. 45].

19

Capital. A&M Capital is an investment vehicle that indirectly serves as the general partner of A&M Fund that will make private equity investments in companies. In addition, subject to the parameters discussed in the K&E Attorney and Employee Investments section of this Declaration, K&E person(s) have invested in A&M Fund as an Investment Fund. Each K&E person that has invested in A&M Fund holds less than one percent of A&M Fund.

53. In addition, Stephen Kotarba, a former K&E associate, is employed by A&M in the position of Managing Director, Paul Kinealy, a former K&E contract attorney, is employed by A&M in the position of Director, and Holden Bixler, a former K&E of counsel, is employed by A&M in the position of consultant. While employed by K&E, Mr. Kotarba's, Mr. Kinealy's, and Mr. Bixler's work was unrelated to the Debtors and the chapter 11 cases. I do not believe these connections to A&M create a conflict, but have disclosed them out of an abundance of caution.

54. The Debtors intend to seek approval of their retention of Moelis & Company LLC ("Moelis") as their financial advisor and investment banker during the pendency of these chapter 11 cases. As disclosed in **Schedule 2** attached hereto, K&E has represented and currently represents Moelis and certain of its direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases. K&E's previous and current representations of Moelis and its affiliates have been and are unrelated to the Debtors or these chapter 11 cases, and as such, K&E is not materially adverse to the Debtors. K&E does not believe this connection presents a conflict of interest, but has disclosed it out of an abundance of caution.

**F.      K&E Attorney and Employee Investments.**

55. From time to time, K&E partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds,

hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors, often without K&E's knowledge. Each K&E person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the K&E persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

56. From time to time one or more K&E partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were K&E partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some are now former K&E partners and of counsel). Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of K&E's partners and of counsel choose to participate. The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information

21

regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) identity of the securities purchased, sold, or held by the Investment Fund.

57.     Code Hennessy Simmons IV LP and its affiliates own approximately 54 percent of the outstanding shares of GSE, the Debtors' parent company. One Passive-Intermediary Entity owned by current and former K&E partners and of counsels currently holds a 0.20% interest in Code Hennessy Simmons IV LP; as a result, this Passive-Intermediary Entity indirectly owns approximately 0.11% of GSE's outstanding shares. Another Passive-Intermediary Entity has direct holdings of approximately 0.26% of GSE's outstanding shares. Thus, the Passive-Intermediary Entities estimate that they own, indirectly and directly, in the aggregate, less than 0.40% of outstanding GSE shares. Such Passive-Intermediary Entities exert no control over GSE. K&E does not believe that this relationship presents a conflict of interest, but has disclosed this relationship out of an abundance of caution.

58.     From time to time, K&E partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be one of the Debtors. K&E has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work. In this regard, all K&E attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## G.     Screening Procedures.

59.     Prior to joining K&E, certain K&E attorneys represented clients adverse to K&E's current and former restructuring clients. Certain of these attorneys (the "Screened K&E Attorneys") will not perform work in connection with K&E's representation of the Debtors and

22

will not have access to confidential information related to the representation. K&E's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened K&E Attorneys and protecting confidential information.

60. Under K&E's screening procedures, K&E's conflicts department distributes a memorandum to all K&E attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of K&E's representation of the Debtors with the Screened K&E Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding K&E's representation of the Debtors in a manner that avoids contact with the Screened K&E Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened K&E Attorneys to the files or other information related to K&E's representation of the Debtors; and (d) to avoid contact between the Screened K&E Attorneys and all K&E personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of K&E's representation of the Debtors. Furthermore, K&E already has implemented procedures to block the Screened K&E Attorneys from accessing files and documents related to the Debtors that are stored in K&E's electronic document managing system.

61. Specifically, Damon Fisher, a partner who joined K&E in 2005, previously performed work for UBS Investment Bank in connection with CHS's acquisition of GSE while he was at Skadden, Arps, Slate, Meagher & Flom LLP. Out of an abundance of caution, K&E has instituted formal screening measure to screen Mr. Fisher from all aspects of K&E's representation of the Debtors.

**H.      Connections to Courts Within the Third Circuit.**

62.      Certain K&E attorneys have connections to courts within the Third Circuit which have been and are wholly unrelated to the Debtors and these chapter 11 cases. K&E does not believe these connections present a conflict of interest, but has disclosed them out of an abundance of caution.

63.      Ryan Dattilo, a current K&E associate that has performed work on this matter, was a law clerk for the Honorable Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware from August 2010 to September 2011. Mr. Dattilo began working at K&E in October 2011, and had no connection with the Debtors' chapter 11 cases while working for the court. K&E does not believe that Mr. Dattilo's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

64.      Neal Paul Donnelly, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware from September 2011 to September 2012. Mr. Donnelly began working at K&E in October 2012, and had no connection with the Debtors' chapter 11 cases while working for the court. K&E does not believe that Mr. Donnelly's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

65.      Max Schlan, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Kevin J. Carey, the Honorable Christopher J. Sontchi, and the Honorable Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware from August 2012 to September 2013. Mr. Schlan began working at K&E in October 2013, and had no connection with the Debtors'

chapter 11 cases while working for the court. K&E does not believe that Mr. Schlan's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

66.     Steven Wilson, n.k.a. Drew Wilson, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Sue L. Robinson of the United States District Court for the District of Delaware from September 2010 to September 2011. Mr. Wilson began working at K&E in September 2011, and had no connection with the Debtors' chapter 11 cases while working for the court. K&E does not believe that Mr. Wilson's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

67.     Michael Glick, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Thomas M. Hardiman of the United States Court of Appeals for the Third Circuit from September 2008 to September 2009. Mr. Glick began working at K&E in May 2006, and had no connection with the Debtors' chapter 11 cases while working for the Court. K&E does not believe that Mr. Glick's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

68.     Steven Myers, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Maryanne Barry of the United States Court of Appeals for the Third Circuit from September 2010 to September 2011. Mr. Myers began working at K&E in September 2011, and had no connection with the Debtors' chapter 11 cases while working for the Court. K&E does not believe that Mr. Myers's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

KE 31805450

69.     Rachel Goldstein, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Thomas I. Vanaskie of the United States Court of Appeals for the Third Circuit from September 2011 to August 2012. Ms. Goldstein began working at K&E in May 2010, and had no connection with the Debtors' chapter 11 cases while working for the Court. K&E does not believe that Ms. Goldstein's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

70.     Devin DeBacker, a current K&E associate that has not performed work on this matter in the past but may do so in the future, was a law clerk for the Honorable Brooks D. Smith of the United States Court of Appeals for the Third Circuit from September 2012 to September 2013. Mr. DeBacker began working at K&E in May 2010, and had no connection with the Debtors' chapter 11 cases while working for the Court. K&E does not believe that Mr. DeBacker's work for the Court presents a conflict of interest, but has disclosed it out of an abundance of caution.

## I.     Other Disclosures.

71.     Finally, certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised K&E that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude K&E's joint representation of the Debtors in these chapter 11 cases.

72.     K&E represented Wayzata Investment Partners in its 2009 acquisition of Propex Operating Co. LLC (f/k/a Propex, Inc.), a current vendor of the Debtors. This matter was substantially unrelated to the Debtors and these chapter 11 cases. K&E does not believe that any

26

conflict exists with respect to K&E's representations of Wayzata Investment Partners, but has disclosed this connection out of an abundance of caution.

## Affirmative Statement of Disinterestedness

73.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) K&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

*[Remainder of Page Intentionally Left Blank]*

KE 31805450

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 22, 2014                  Respectfully submitted,

                               */s/ Patrick J. Nash, Jr., P.C.*
                               Name: Patrick J. Nash, Jr., P.C.
                               Title:  Partner

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Patrick J. Nash Jr., P.C. in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "Nash Declaration").[1] Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP reviewed each entity in its records, as more fully described in the Nash Declaration, matching the incomplete or ambiguous name.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Nash Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Debtor Affiliates |
| 1(c) | Current and Recent Former Directors and Officers |
| 1(d) | Administrative Agent |
| 1(e) | Contractual Counterparties |
| 1(f) | Current and Recent Former Secured Debt Holders |
| 1(g) | Insurers |
| 1(h) | Investment Bankers |
| 1(i) | Landlords |
| 1(j) | Letters of Credit |
| 1(k) | Lien Holders |
| 1(l) | Litigation Parties |
| 1(m) | Professionals |
| 1(n) | Shareholders |
| 1(o) | Significant Customers |
| 1(p) | Significant Vendors |
| 1(q) | Surety-Performance Bonds |
| 1(r) | Taxing Authorities |
| 1(s) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(t) | Utilities |

# SCHEDULE 1(a)

## Debtors

GSE Environmental Inc.
GSE Environmental LLC
GSE Holding Inc.
SynTec LLC

# SCHEDULE 1(b)

## Debtor Affiliates

GSE (UK) Ltd.
GSE Austrailia Pty Ltd
GSE Environmental Holding Ltd. (Hong Kong)
GSE Environmental Lining Technology (Suzhou) Co. Ltd
GSE Environmental S de RL de CV (Mexico)
GSE International Inc.
GSE Lining Technology Chile SA
GSE Lining Technology Co. – Egypt SAE
GSE Lining Technology Co. Ltd. (Thailand)
GSE Lining Technology GmbH
GSE Lining Technology Ltd.
HYMA/GSE Manufacturing Co. S.A.E. (Egypt)
HYMA/GSE Manufacturing Co. (Egypt)

# SCHEDULE 1(c)

## Current and Recent Former Directors and Officers

Arnold, Mark C.
Capra, Giovanni
Eckhart, Stephen
Evans, Michael G.
George, Marcus J.
Goodrich, Richard E.
Griffin, Robert C.
Hennessy, Daniel J.
Kirksey, J. Michael "Mike"
Kirksey, Jerrell Michael "Mike"
Lacey, William F.
McCourt, Peter R.
Miller, Kevin M.
Nigh, Jeffery D.
Sorrentino, Charles A. "Chuck"
Steinke, Craig A.
Storey, Daniel C.
Taylor, Lindsey Gregg "Gregg"
Whitney, Mark A.
Zimmel, Edward J. "Ed"

# SCHEDULE 1(d)

## Administrative Agent for Credit Facility

Cantor Fitzgerald Securities

## SCHEDULE 1(e)

### Contractual Counterparties

Abacus Business Continuity Services
ADP International Services BV
Air Texas Mechanical Inc.
Airgas Southwest Region
Airgas USA LLC
Align
American Environmental Group Ltd.
Amerigas - Conroe
Amerigas - Rapid City
Anthem Propane Exchange
Arizona Public Service Co.
ASC Partners LLC
AT&T
AT&T Business Network
AT&T Mobility
B2B Computer Products LLC
Big Holding Systems Ltd.
Birdwell Serv-Con Inc.
Black Hills Power & Light Co.
Bottomline Technologies
Capra, Elena
Capra, Giovanni
Career Builder
Carlson Wagonlit Travel Inc.
Carlton Staffing
Carmo Environmental Systems Inc.
Century Link
Certified Cos. Inc.
Citrix Systems Inc.
Crystal Lagoons (Curacao) BV
CSX Transportation Inc.
Dan's Dumpster Service
Derby Realty LLC
Diligent Board Member Services Inc.
Dorsett Brothers Concrete Supply Inc.
Eisenberg, Mark
Equifax
Esker Document Process Automation
GE Capital
Geosynthetics Magazine
Global Crossing
Global Distribution Systems America Inc.

Gregory E. Poling Revocable Trust, The
Harper Family LP
Ianniello, Peter
ICIMS
Interplan Congress Meeting & Event
    Management AG
IQ4BIS Software Inc.
Jibe Staffing
KC Personnel
Kingstree Water Department, Town of (SC)
Knight Security Systems LLC
Kolz, Doug
Labor Ready-1436
Labor Ready-2961
Land Improvement Technologies LLC
Leaf Funding Inc.
Liberty Screening
Linde LLC
LK Jordan
Loftware Enterprise Labeling Solutions
LPL Financial
Managed Network Solutions Inc.
Mao, Xiaoling
Marlin Business Bank
Maximum Performance International
MCAconnect LLC
McColgan, John
Microsoft Dynamics
Microsoft Licensing GP
Monster
Montana-Dakota Utilities Co.
Muzak
O'Brien, Anthony
Oracle Support Services
Orlinsky, Diane J., Dr.
PGS Marketing LLC
Philips, Charlie
PNC Bank NA
Powertex Inc.
PR Newswire Association LLC
Prairie State Generating Co. LLC

Queen's University at Kingston Ontario, Canada
Qwest
Reliant Energy Texas Retail LLC
Resource Staffing
Richey Road M.U.D.
Robert Half
Safesite Inc.
Santee Electric Cooperative Inc.
SCE&G
Select Staffing
Smith, Gary Brian
Solebury Communications Group LLC
Southfork Real Estate LLC
SP Associates Inc.
Spearfish Electric & Heating
Spearfish, City of (SD)
Suburban Propane
Sysop Tools
Tea Management LLC
Tempfinders

Tenax Corp.
Tenax International BV
Tenax Realty LLC
Tenax SpA
Tensar International Corp.
T-Mobile
Tribridge Holdings LLC
United Airlines Inc.
Veracity
Verizon (MD)
Verizon Business FIOS
Verizon Wireless
Verizon Wireless (TX)
VIP Staffing
Virtela Communications Inc.
Virtela Technology Services Inc.
W.M. Shirley
Waste Management (Houston)
Waste Management of Florence
Waste-Water Treatment Inc.
Zhao, Aigen

# SCHEDULE 1(f)

## Current and Recent Former Secured Debt Holders

Black Diamond
Black Diamond CLO 2005-1 Ltd.
Black Diamond CLO 2005-2 Ltd.
Black Diamond CLO 2006-1 (Cayman) Ltd.
Cetus Capital II LLC
GE
GE Capital Bank
General Electric Capital Corp.
GSC Group CDO Fund VII Ltd.
GSC Group CDO Fund VIII Ltd.
Harleysville Life Insurance Co.
ING Capital
Jefferies
Jefferies Finance LLC
Jefferies Leveraged Credit Products LLC
LittleJohn
Littlejohn Opportunities Master Fund LP
Mubadala GE Capital Ltd.
Nationwide
Nationwide Mutual Insurance Co.
Peritus
SG Distressed Fund LP
Solar Senior Capital Ltd.
Strategic Value Partners LLC
SUNS SPV LLC
Tennenbaum
Wells Fargo
Whippoorwill Associates

# SCHEDULE 1(g)

## Insurers

Berkley Regional Insurance Co.
Chartis Specialty Insurance Co.
Endurance American Insurance Co.
Federal Insurance Co. (Chubb)
Herbert L. Jamison & Co. LLC
Illinois National Insurance Co. (AIG)
Insurance Co. of The State of
    Pennsylvania, The
Insurance Co. of The State of
    Pennsylvania, The (Chartis)
Lexington Insurance Co., a Surplus Lines Co.
McGriff Seibels & Williams Inc.
National Union Fire Insurance Co.
National Union Fire Insurance Co. of
    Pittsburgh PA (AIG)
RSUI Indemnity Co. (CRC Atlanta)
U.S. Specialty Insurance Co. (HCC Global)

# SCHEDULE 1(h)

## Investment Bankers

BMO Capital Markets Corp.
FBR Capital Markets & Co.
Macquarie Capital (USA)
Moelis
Oppenheimer & Co. Inc.
Stifel Nicolaus Co. Inc.
William Blair & Co. LLC

# SCHEDULE 1(i)

## Landlords

Harper Family LP
Tenax Realty LLC

KE 31805450

# SCHEDULE 1(j)

## Letters of Credit

Citibank
GE
Lumbermans Mutual Casualty Co.
Minera Escondida
N.A. Water Systems
National Union Insurance Co.
Reliance Insurance Co.
Svenska Handelsbanken

# SCHEDULE 1(k)

## Lien Holders

Capitalsource Bank
Chevron Phillips Chemical Co.
Copelco Capital Inc.
Damascus Community Bank
Formosa Plastics Corp. U.S.A.
General Electric Capital Corp.
Leaf Capital Funding LLC
Leaf Funding Inc.
Marlin Business Bank
NMHG Financial Services Inc.
Raymond Leasing Corp.
Susquehanna Commercial Finance Inc.

# SCHEDULE 1(l)

## Litigation Parties

Ardaman & Associates
Brown, Ralph
Brown, Sonya
Chrin Bros. Landfill
Comanco Environmental Corp.
Crumbley, Lynn
Flores, Isidro
HRK Holdings LLC
New Hampshire Insurance Co.
NH Insurance Co.
Webester, Lee

## SCHEDULE 1(m)

### Professionals

Accountemps
Alvarez & Marsal
American Arbitration Association
Andrews Kurth LLP
Ardaman & Associates Inc.
B2B
Baker & Mckenzie
Bashen Consulting
BDO Seidman LLP
Biddle Consulting Group Inc.
Broadleaf Group LLC, The
Burns, Parker
Caballero, Robert
Case, Carol Wayne
Cash, Paul M.
Certified Cos. Inc.
Champagne, Joellyn
Crippa, Alberto
CT Corporation System
Dave R. Grant Hay Inc.
Day Group, The
Deloitte & Touche LLP
Ernst & Young LLP
Ezer Law Group, The
Fenwick & West LLP
Five Star Services Inc.
Foster Quan LLP
Freedonia Group Inc., The
Fulbright & Jaworski LLP
Fulmore, Keron Terrell
Geoliners de Mexico
Grable Group, The
Haynsworth Sinkler Boyd PA, Attorneys-
  at-Law
Heidrick & Struggles
Hunton & Williams (Thailand) Ltd.
ICIMS.com
IHS Global Inc.
Industrial Complex Property Group LLC
Industrial Vibration Consultants Inc. (IVC)
Integrated Sales Strategies
ITsavvy LLC
J.J. Keller & Associates

Jackson Walker LLP
Jarbeau & Associates Inc.
Kellahan & Associates
Knape Associates
Konig Szynkan Tilman von Renesse
L.K. Jordan & Associates
Labor Ready Central Inc.
Liberty Screening Services
Longnecker & Associates
Mail Route, The
Markoff Krasny LLC
Markwardt Performance Consulting Inc.
McGriff Seibels & Williams of Texas Inc.
Merrill Communications LLC
MGE Management Services LLC
Moelis
Moody's Investors Service
National Executive Search Consultants Inc.
Nexsen Pruet Jacobs & Pollard LLP
Novosad, Hope
NSF International
Ogletree Deakins Nash Smoak &
  Stewart PC
Omega Engineering Technology
Pachulski Stang Ziehl & Jones
Perficient Inc.
Pioneer Technical Services Inc.
Prescott Legal Search
PricewaterhouseCoopers LLP
Prime Clerk
Robert Half Finance & Accounting
Roerig Oliveira & Fisher LLP
Rose Cognition
Rothman Cousulting LLC
Russell Reynolds Associates Inc.
Saul Ewing LLP
Schulte Roth & Zabel LLP
Sirius Solutions
Stinson Morrison Hecker LLP
TALX UCeXpress
TBO International LLC
Thomson Reuters (Tax & Accounting) Inc.,
  Chicago

United States Securities and Exchange
   Commission
VIP Staffing
W. Frances Moore, Attorney-at-Law

Weaver & Tidwell LLP
Wegmann & Adams LLC
Wolters Kluwer Law & Business
Wood Phillips Katz Clark & Mortimer

# SCHEDULE 1(n)

## Shareholders

Boston Partners
Capra, Giovanni
CHS Capital LLC
Code Hennessy & Simmons IV LP
Code, Andrew W.
Cupps, Danielle C.
Dolfato, Mark A.
Evans, Michael G.
Goodrich, Richard E.
Gotsch, Peter M.
Griffin, Robert C.
Hatcher, Krista M.
Hogan, Robert G.
Knoch, Douglas J.
McCourt, Peter R.
Nigh, Jeffery D.
Sorrentino, Charles A. "Chuck"
Steinke, Craig A.
Storey, Daniel C.
Taylor, Lindsey Gregg "Gregg"
Vesley, Jon S.
Walsh, Paige
Whitney, Mark A.
Zhao, Aigen
Zimmel, Edward J. "Ed"

# SCHEDULE 1(o)

## Significant Customers

ACF West Inc.
American Environmental Group Ltd.
American Well Service
Atlantic Lining Co. Inc.
Chesapeake Containment Systems Inc.
Clean Air & Water Systems LLC
Cobre del Mayo SA de CV
Colorado Lining Co.
Comanco Environmental Corp.
Compania Minera Dolores SA de CV
Condumex Inc.
D&E Construction Inc.
Desarrollos Mineros San Luis SA de CV
EnviroCon Systems Inc. - Houston
Environmental Specialties International Inc.
Enviro-Pro Geosynthetics Ltd.
Extreme Plastics Plus
Extreme Plastics Plus OK
Falcon Environmental Lining Systems Inc.
Ferguson Enterprises Inc.
Geoliners de Mexico
Great Basin Environmental Inc.
GSI - Wisconsin
Hallaton Inc.

IWT/Cargo-Guard
JMD Co.
Lone Star Lining Co.
Mexichem
Mustang Energy Services
National Lining Systems
Nilex Inc. - Edmonton
Oil Field Plastics
Phillips & Jordan Inc.
Plastic Fusion Fabricators Inc.
Powertex Inc.
Prairie State Generating Co. LLC
Quick Lay Pipe LLC
Republic Services Inc.
Republic Services/Sunshine Canyon
    Landfill
Samleen LLC
Soluciones Ambientales Integrales SA
Southwest Liner Systems Inc.
Taylor Geosynthetics Inc.
Terrafix Environmental USA Inc.
Texas Environmental Plastics Ltd.
Titan Environmental Containment
Waste Management Inc.

**Significant Vendors**

3660 Worldwide Security LLC
Abacus Solutions LLC
ABF Freight System Inc.
Access America Transport Inc.
Accountemps
Accounting Principals
AccuStaff - Florence
Adecco Employment Services
Admiral-Merchants Motor Freight Inc.
ADP Inc.
Aerotek Inc.
Aetna Life Insurance Co.
Alabama Carriers Inc.
Alabama, State of
Aldine Independent School District (TX)
Allpart Supply
Alvarez & Marsal
American Environmental Group
American Synthetic Fiber
American Transport Inc.
American Trutzschler Inc.
Americas International Inc.
Amerigas - Conroe
Ampacet Corp.
Amspak Inc.
Anders Trucking Inc.
Andrews Fabricators of Kingstree Inc.
Andritz Kuesters, a division of Andritz Inc.
Applied Industrial Technologies (SC)
Applied Industrial Technology (Houston)
Arizona Department of Revenue
Arkansas Department of Finance &
    Administration
Arkansas Department of Revenue
Arnold, Mark C.
ASL Global Logistics Inc.
AT&T
Atlantic Packaging
ATS Specialized Inc.
Autodim S de RL de CV
AWC Inc.
Axion Logistics LLC

B2B Industries LLC
BDO Seidman LLP
Bennett Motor Express
Big Freight Systems Inc.
Bill Houston Concrete Construction Inc.
Bison Grain Co.
Black Hills Power & Light Co.
BNSF Logistics International Inc.
BNSF Railway Co.
Boomerang Packaging Inc.
BPM Minerals LLC
BrandExtract
Brookfield Asset Management
Buel Inc.
C.H. Robinson International Inc.
Cabot Corp.
California Board of Equalization
CapitalSource Bank
Capra, Giovanni
Caraustar Industrial & Consumer Products
Carotron Inc.
Cash, Paul M.
C-B Gear & Machine Inc.
Central Oregon Truck Co. Inc.
Chevron Phillips Chemical Co. LP
Code Hennessy & Simmons
Columbian Chemicals Co.
Co-nexus Communication Systems Inc.
ConGlobal Industries Inc.
Crown Resources LLC
CSX Transportation Inc.
D.H.M. Adhesives Inc.
Dalco Nonwovens LLC
Delaware Division of Revenue
Delaware Secretary of State
Demtech Services Inc.
Deutsche Bank & Trust Co.
DHL Express (USA) Inc.
Dun & Bradstreet Inc.
DXP Enterprises Inc.
East West Logistics LLC
EnviroCon Systems Inc.

Equistar Chemical LP
Ernst & Young LLP
EyeMed
Ezer Law Group, The
Federal Express Corp.
FedEx Freight Inc.
FiberVisions Inc.
Fidelity Security Life Insurance
Florida Department of Revenue
Formosa Plastic Corp. USA
Foster Needle Co. Inc.
Frontier Logistics LP
Fulmer Brothers Inc.
G&K Services
Gallagher Bassett Services Inc.
GE Capital
Geoliners de Mexico
Geo-Logic Associates
Georgia Sales & Use Tax Division
Geosynthetic Institute
Global Crossing
Global Felt Technologies LLC
GlobalTranz Enterprises Inc.
GlobeNewswire
Gloucester Engineering Co. Inc.
Gnau, Michael
Gold Industrial Supply Inc.
Golden Ranch Farms LLC
Goodrich Enterprises Inc.
Grainger Inc. (Houston)
Griffin, Robert C.
H. Muehlstein & Co. Inc.
Hahn & Clay
Harte-Hanks Logistics
Hawaii Department of Taxation
Heidrick & Struggles
Herbert L. Jamison & Co. LLC
Hotel Radisson Blu Ambassador Paris
    Opera
HubTrucker Inc.
Huesker Inc.
Ianniello, Peter
Illinois Department of Revenue Retailers
    OCC
Imperial Credit Corp.
Industrial Fabrics Association International

INEOS Olefins & Polymers USA
Ingenia Polymers
Integrated Control Technologies
Integrated Sales Strategies
Intermec Identification Systems Division
Iowa State Treasurer
iQ4bis Software Inc.
ITsavvy LLC
Jax Transportation & Logistics
Jaylon Pacific Pty Ltd.
JLT Laboratories Inc.
JMC Plastics & Manufacturing Inc.
Jones Motor Co. Inc.
Joseph D. Malinski Trucking
JR Nonwoven Services Inc.
Kansas Department of Revenue
Kappes Cassiday & Associates
Katten Muchin Rosenman LLP
Kaul Corp.
Kelly & Associates Financial Services Inc.
Kentucky State Treasurer
Kirksey, J. Michael "Mike"
Klean King Janitorial Services
Konig Szynka Tilmann von Renesse
L.K. Jordan & Associates
Lake City Electric
Land Improvement Technologies
Landstar Inway Inc.
Lawrence County Treasurer (SD)
Lawter Inc.
Leaf Funding Inc.
Lean Masters Consulting Group Inc.
Lewis Truck Lines
Linde LLC
LinkedIn Corp.
LLP Transport LLC
Loose Plastics Inc.
Louisiana Department of Revenue
Lydick, Larry Duane
M&T Bank
Marlin Leasing
Mass Polymers Corp.
Massachusetts Department of Revenue
Match Factors Inc.
Matrix Polymers Inc.
Matson Logistics Inc.

Mattex USA LLC
Maximum Performance International
Maxpro South Inc.
Mayes, Steven
Mayzo Inc.
McaConnect LLC
McCabe, Michael
McGriff Seibels & Williams of Texas Inc.
McKenzie Logistics
McMaster-Carr Supply Co.
Mercer Transportation Co. Inc.
MGE Management Services LLC
Michigan, State of
Microsoft Dynamics
Microsoft Licensing GP
Miller, Kevin
Milliman Inc.
Minnesota Department of Revenue
Mintek
Modern Dispersions South Inc.
Moelis & Co.
Mondo, Michael
Moody's Investors Service
Moore Asset Recovery LLC
Nations Bank of Georgia NA
Nebraska Department of Revenue
Nesbitt Transportation Inc.
Nevada Department of Revenue
New York Department of Revenue
Newark Group, The
Nordson Xaloy Inc.
North Carolina Department of Revenue
Northern Safety Co. Inc.
NYSE Market Inc.
Oklahoma Tax Commission
Orion Engineered Carbons LLC
Pennsylvania, Commonwealth of
PFI Molding Inc.
PFS Financing Corp.
Philadelphia Gear
PR Newswire Association LLC
PricewaterhouseCoopers LLP
Process Control Corp.
Propex Operating Co. LLC
Proserv Anchor Crane Group
Prudential Insurance Co. of America

Quality Transportation Inc.
Quantum Polymers Inc.
R&M Logistics Inc.
Ramsey, Boyd J.
Reed Construction Data
Reitz, Brad
Reliant Energy Texas Retail LLC
Rexnord Industries LLC
Richey Road Municipal Utility District
Richter Consulting Inc.
Robert Half Finance & Accounting
Roberts Paper Tubes & Core Inc.
Rohm & Haas Co.
S&S Trucking Inc.
S.W. Rodeo Trucking, Inc.
Safesite Inc.
San Juan, City of (TX)
Santee Electric Cooperative Inc.
Saul Ewing LLP
Schneider National Inc.
Schulte Roth & Zabel LLP
Service First Material Handling LLC
Shareholder.com
Siemens Industry Inc.
Signal Machine Co. Inc.
Sirius Solutions
SKAPS Industries
Solebury Communications Group LLC
Sorrentino, Charles A. "Chuck"
South Carolina Department of Revenue
South Dakota State Treasurer
Southeast Industrial Equipment Inc.
Steinbeck, Walter Odus
Steinke, Craig A.
Stifel Nicolaus Co. Inc.
Stop Loss Insurance Services
Straightway Trucking LLC
Sullivan, Mike
Sureway Transportation Co.
Surratt, Henry
Susquehanna Commercial Finance Inc.
Sweatman Trucking LLC
T.A. Instruments
Taian Modern Plastic Co.
Tejas Office Product
Tempfinders Personnel

Tenax Corp.
Tennesse Department of Revenue
Tensar International Corp.
Texas Comptroller of Public Accounts
Thermal Solutions of Texas LLC
Thom's Transport Co. Inc.
Thomson Reuters (Tax & Accounting) Inc. -
    Carol Stream
Three-D Machinery Installers LLC
Tidland Corp.
T-Mobile
Total Industrial Services Specialties Inc.
Total Petrochemicals & Refining USA Inc.
Trademark Plastics Corp.
TRI Environmental Inc.
Tribridge Holdings LLC
U.S. Die & Mold
U.S. Fibers
Unipetrol RPA sro

United Services Mechanical LLC
Valley Roller Co.
Verizon Wireless (TX)
VHI Transport
VIP Staffing
Virginia Department of Taxation (VA)
Virtela Communications Inc.
W.W. Grainger (Kingstree)
Waste Management (Houston)
Waste Management of Florence
Waste-Water Treatment Inc.
Weaver & Tidwell LLP
Wes Adhesives
West Virginia Department of Revenue
Williamsburg County Treasurer (SC)
Wood Phillips Katz Clark & Mortimer
Woodlands Resort & Conference Center,
    The
Zeno Imaging

# SCHEDULE 1(q)

## Surety-Performance Bonds

Addicks Services Inc.
American Alternative Insurance Corp.
Mississippi, State of
SureTec Insurance Co.
Texas, State of
United States Department of Treasury,
    Bureau of Customs
Westchester Fire Insurance Co.
Western Surety Co.

## SCHEDULE 1(r)

### Taxing Authorities

Acadia Parish School Board (LA)
Alabama Department of Revenue
Aldine Independent School District (TX)
Arizona Department of Revenue
Arkansas - Department of Finance / Admin
Ascension Parish (LA)
Assumption Parish (LA)
Baltimore, City of (MD)
Baton Rouge, City of (LA)
Bienville Parish (LA)
Bossier City, City of (LA)
Bossier Parish (LA)
Boulder, City of (CO)
Brazos County Tax Assessor / Collector (TX)
Caddo/Shrevport Parish (LA)
Calcasieu Parish School System (LA)
Caldwell Parish (LA)
California - State Board of Equalization
California Franchise Tax Board
Colorado Department of Revenue
Columbia, District of
Connecticut Department of Revenue Services
Delaware Division of Revenue
Denver, City and County of (CO)
East Baton Rouge Parish (LA)
East Feliciana Parish (LA)
Evangeline Parish (LA)
Florida Department of Revenue
Georgia Department of Revenue
Harris County Tax Assessor / Collector (TX)
Hawaii Department of Taxation
Iberia Parish School Board (LA)
Iberville Parish Sales Tax Department (LA)
Idaho State Tax Commission
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue & Finance
Jefferson Davis Parish School Board (LA)
Jefferson Parish Sheriff's Office (LA)

Kansas Department of Revenue
Kentucky Department of Revenue
Kentucky State Treasurer
Lafayette Parish School System (LA)
Lafourche Parish School Board (LA)
Lawrence County Treasurer (SD)
Louisiana Department of Revenue
Maine Revenue Services
Maryland, Comptroller of
Maryland, State of
Massachusetts Department of Revenue
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Monroe Taxation & Revenue Department (LA)
Morehouse Sales & Use Tax Commission (LA)
Nebraska Department of Revenue
Nevada - Sales / Use, State of
New Jersey - Sales & Use Tax
New Mexico Taxation & Revenue Department
New York State Department of Revenue
New York State Department of Taxation & Finance
North Carolina Department of Revenue
North Dakota Office of State Tax Commissioner
Ohio Department of Taxation
Oklahoma Tax Commission
Pennsylvania Department of Revenue
Pennsylvania, Commonwealth of
Phoenix, City of (AZ)
Plaquemines Parish Government (LA)
Rapides Parish (LA)
Revenue Discovery Systems
Rhode Island Division of Taxation
South Carolina Department of Revenue
South Dakota Department of Revenue
St James Parish School Board (LA)

St. Charles Parish School Board (LA)
St. Landry Parish School Board (LA)
St. Mary Parish (LA)
Tennessee Department of Revenue
Terrebonne Parish (LA)
Texas Comptroller of Public Accounts
Texas State Comptroller
United States Department of Treasury, Internal Revenue Service
Utah State Tax Commission

Vermilion Parish School Board (LA)
Vermont Department of Tax
Virginia Department of Taxation
Washington, State of
West Carroll Parish School Board (LA)
West Virginia State Tax Department
Williamsburg County Treasurer (SC)
Wisconsin Department of Revenue
Wyoming, State of

# SCHEDULE 1(s)

## United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

# SCHEDULE 1(t)

## Utilities

Airgas Southwest
Airgas USA LLC
Amerigas - Conroe
Amerigas - Rapid City
Anthem Propane Exchange
AT&T
AT&T Mobility
Black Hills Power & Light Co.
CenturyLink
Dan's Dumpster Service
Global Crossing
Kingstree Water Department, Town of (SC)
Linde LLC
Montana-Dakota Utilities Co.
QWEST
Reliant Energy Texas Retail LLC

Richey Road M.U.D.
Santee Electric Cooperative Inc.
SCE&G
Spearfish Electric & Heating
Spearfish, City of (SD)
Suburban Propane Gas
T Mobile
Verizon (MD)
Verizon Business Fios (CT)
Verizon Wireless
Verizon Wireless (TX)
Virtela Communications Inc.
Waste Management (Houston)
Waste Management of Florence
Waste-Water Treatment Inc.

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ADP Inc.<br>ADP International Services BV | ADP, Inc. | Closed |
| Alvarez & Marsal | A&M Capital Partners, LLC<br>Alvarez & Marsal Inc. | Current<br>Current |
| AT&T<br>AT&T Business Network<br>AT&T Mobility | AT&T Corp.<br>AT&T Inc.<br>AT&T Mobility LLC<br>AT&T Services Inc.<br>SBC Internet Services, Inc. | Closed<br>Closed<br>Closed<br>Closed<br>Closed |
| Black Diamond | Black Diamond Capital Management, L.L.C. | Current |
| BMO Capital Markets Corp. | BMO Nesbitt Burns Inc. | Closed |
| BNSF Logistics International Inc.<br>BNSF Railway Co. | BNSF Railway<br>McLane Company, Inc.<br>McLane Southern, Inc.<br>The Pampered Chef, Ltd. | Current<br>Current<br>Current<br>Closed |
| Brookfield Asset Management | Brookfield Asset Management, LLC<br>Brookfield Financial US, LLC | Current<br>Closed |
| Cantor Fitzgerald Securities | BGC Partners, Inc. | Current |
| CapitalSource Bank | Jason Fish | Current |
| CenturyLink<br><br>QWEST | CenturyLink, Inc., fka Qwest Communications Corporation<br>Qwest Information Technologies Inc. | Current<br><br>Closed |
| Chartis Specialty Insurance Co.<br>Illinois National Insurance Co. (AIG)<br>Insurance Co. of The State of Pennsylvania, The<br>Insurance Co. of The State of Pennsylvania, The (Chartis)<br>Lexington Insurance Co., a Surplus Lines Co.<br>National Union Fire Insurance Co.<br>National Union Fire Insurance Co. of Pittsburgh PA (AIG) | AIG Retirement Services, Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| National Union Insurance Co. New Hampshire Insurance Co. NH Insurance Co. | | |
| Chevron Phillips Chemical Co. LP | Chevron Corporation Phillips 66 Company | Closed Current |
| Citibank Copelco Capital Inc. | Citibank, N.A. Citicorp Mezzanine III, L.P. Citigroup Global Markets Asia Limited Citigroup Global Markets Inc. Citigroup Global Markets Ltd. Citigroup Global Markets Realty Corp. | Closed Current Current Current Current Current |
| Code Hennessy & Simmons IV LP | Brian P. Simmons CHS Capital Code, Hennessy & Simmons Code, Hennessy & Simmons, Inc. David Hawkins Fortiline, Inc. Hennessy Capital LLC Kele, Inc. New Harbor Capital LLC Richard Alan Lobo Royall Holdings, LLC Shorehill Capital LLC WASH Multifamily Laundry Systems | Current Current Closed Closed Current Current Current Current Current Current Current Current Current |
| Code, Andrew W. | Andrew W. Code | Former |
| Deloitte & Touche LLP | Deloitte LLP | Current |
| Deutsche Bank & Trust Co. | Deutsche Bank AG Deutsche Bank AG, Hong Kong Branch Deutsche Bank Securities Inc. | Current Closed Current |
| DHL Express (USA) Inc. | DHL International GmbH DPWN Holdings (USA), Inc. | Closed Closed |
| Ernst & Young LLP | Ernst & Young LLP | Closed |
| Federal Express Corp. FedEx Freight Inc. | Federal Express Corporation FedEx Corporation | Current Current |

KE 31805450

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | FedEx Freight Corporation | Current |
| | FedEx Ground Package System, Inc. | Current |
| | FedEx Office and Print Services, Inc. | Current |
| Ferguson Enterprises Inc. | Ferguson Enterprises, Inc. | Current |
| | Wolseley plc | Closed |
| FiberVisions Inc. | Alphapet, Inc. | Closed |
| | Auriga Polymers Inc. | Closed |
| | Indorama Holding Rotterdam B.V. | Closed |
| | Indorama Holdings Rotterdam B.V. | Closed |
| | Indorama Polymers Public Company Limited | Closed |
| | Indorama Polymers Rotterdam B.V. | Closed |
| | Indorama Polymers Workington Ltd. | Closed |
| | Indorama Ventures USA Inc. | Closed |
| GE | Andrew Sorrentino | Former |
| GE Capital Bank | General Electric Company | Current |
| General Electric Capital Corp. | | |
| Georgia Department of Revenue | State of Georgia | Current |
| Georgia Sales & Use Tax Division | | |
| Grainger Inc. (Houston) | W.W. Grainger, Inc. | Current |
| W.W. Grainger (Kingstree) | | |
| Harleysville Life Insurance Co. | Allied Property and Casualty Company | Current |
| Nationwide | Financial Horizons Life Insurance Company | Current |
| Nationwide Mutual Insurance Co. | Nationwide Allied Insurance | Closed |
| | Nationwide Assurance Company | Closed |
| | Nationwide Federal Credit Union | Current |
| | Nationwide General Insurance Company | Current |
| | Nationwide Insurance Company | Current |
| | Nationwide Insurance Company of America | Current |
| | Nationwide Insurance Company of Florida | Closed |
| | Nationwide Insurance Sales Company, LLC | Closed |

59

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Nationwide Life Insurance | Current |
| | Nationwide Life Insurance Company | Current |
| | Nationwide Life Insurance Company of America | Closed |
| | Nationwide Lloyds | Current |
| | Nationwide Mutual Fire Insurance Company | Current |
| | Nationwide Mutual Insurance Company | Current |
| | Nationwide Property & Casualty Insurance Company | Current |
| | Nationwide Property Mutual Fire Insurance Company | Current |
| | NGC County Mutual Insurance Company | Current |
| | Scottsdale Indemnity Company | Current |
| | Wausau Lloyds | Current |
| Herbert L. Jamison & Co. LLC | AssuredPartners, LLC | Current |
| | Barry R. Dunn | Current |
| | Benjamin J. Daverman | Former |
| | Christian B. McGrath | Former |
| | Constantine S. Mihas | Current |
| | Golder, Thoma, Cressey, Rauner, Inc. | Current |
| | GTCR Fund VI, L.P. | Current |
| | GTCR Partners VI, L.P. | Current |
| | GTCR, LLC | Current |
| | Mark M. Anderson | Current |
| | Michael S. Hollander | Former |
| | Sean L. Cunningham | Current |
| | various principals of GTCR | Current |
| INEOS Olefins & Polymers USA | Ineos Polymers, Inc. | Former |
| ING Capital | ING Asset Management BV | Closed |
| | ING Asset Management SpA | Closed |
| | ING Bank N.V. | Current |
| | ING Office Fund | Closed |
| | ING U.S. Office Corporation | Closed |
| | Paul van Heerde | Closed |

60

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Intermec Identification Systems Division | Honeywell Advanced Composites Inc. | Current |
| | Honeywell Automation and Control Solutions | Current |
| | Honeywell International Inc. | Current |
| | Honeywell Retirement Earnings Plan | Closed |
| | Honeywell Savings and Ownership Plan | Closed |
| | Honeywell Scanning and Mobility | Former |
| | Honeywell Secured Benefit Plan | Closed |
| | Honeywell Specialty Materials, LLC | Current |
| | Metrologic Instruments, Inc. | Closed |
| | Omniplanar, Inc. | Closed |
| | Plan Administrator of Honeywell Retirement Earnings Plan | Closed |
| | Plan Administrator of Honeywell Savings and Ownership Plan | Closed |
| | Plan Administrator of Honeywell Secured Benefit Plan | Closed |
| | UOP, LLC | Current |
| Jefferies | Jefferies Hong Kong Limited | Current |
| Jefferies Finance LLC | William Jennings | Current |
| Leaf Funding Inc. | Trapeza Capital Management | Current |
| LPL Financial | TPG Alternative and Renewable Technologies Fund | Current |
| | TPG Global, LLC | Current |
| | TPG Growth, LLC | Current |
| | TPG Opportunities II Management, LLC | Current |
| M&T Bank | Wilmington Trust-London Limited | Current |
| Macquarie Capital (USA) | Alex W. Wei | Former |
| | Macquarie Agricultural Funds Management Limited | Current |
| | Macquarie Bank Limited | Current |
| | Macquarie Capital Funds Inc. | Current |
| | Macquarie Capital Group Limited | Current |

61

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Macquarie Capital Hong Kong Limited | Closed |
| | Macquarie Capital USA Inc. | Current |
| | Macquarie Corporate & Asset Finance | Current |
| | Macquarie Global Opportunities Partners | Current |
| | Macquarie Infrastructure & Real Assets (Europe) Limited | Current |
| | Macquarie Infrastructure and Real Assets, Inc. | Current |
| | Macquarie Infrastructure Partners II | Current |
| | Macquarie Infrastructure Partners II International, L.P. | Current |
| | Macquarie Infrastructure Partners Inc. | Current |
| | Macquarie PRISM Pty Limited | Closed |
| Merrill Communications LLC | LegalLink, Inc. | Current |
| Minera Escondida | BHP Billiton Limited | Current |
| Moelis<br>Moelis & Co. | Moelis & Company | Current |
| | Moelis Capital Partners, LLC | Closed |
| Moody's Investors Service | MIS Asset Holdings Inc. | Closed |
| | Moody's Analytics, Inc. | Closed |
| | Moody's Investors Service, Inc. | Current |
| | Moody's Shared Services, Inc. | Closed |
| Muzak | Muzak L.L.C. | Closed |
| New York Department of Revenue<br>New York State Department of Revenue<br>New York State Department of Taxation & Finance | New York State Senate | Current |
| NYSE Market Inc. | NYSE Euronext | Current |
| Oracle Support Services | BEA Systems, Inc. | Closed |
| | Oracle America, Inc. | Current |
| | Oracle Corporation | Current |
| | Oracle Systems Corporation | Current |
| Orion Engineered Carbons LLC | Orion Engineered Carbons GmbH | Current |
| | Triton Managers II Limited | Closed |

KE 31805450

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Triton Managers III Limited | Current |
| PNC Bank NA | PNC Bank, N.A. | Closed |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Current |
| Propex Operating Co. LLC | Wayzata Investment Partners | Closed |
| Raymond Leasing Corp. | Toyota Industries Corporation | Current |
| Reliant Energy Texas Retail LLC | NRG Energy, Inc. | Current |
| | Nuclear Innovation North America, LLC | Closed |
| Rexnord Industries LLC | Apollo Global Management, LLC | Current |
| | Apollo Management | Current |
| | Apollo Management International LLP | Current |
| Rohm & Haas Co. | Dow AgroSciences | Current |
| | Dow Agrosciences LLC | Closed |
| | Dow Chemical Canada Inc. | Current |
| | Dow Chemical Company | Current |
| | Dow Corning Corporation | Current |
| | Dow Corning Litigation Facility, Inc. | Current |
| | Dow Europe GmbH | Current |
| | Dow Europe, S.A. | Current |
| | IFCO, Inc. | Current |
| | Rohm and Haas | Current |
| | Rohm and Haas Chemicals LLC | Closed |
| | Rohm and Haas Company | Current |
| | Union Carbide Corporation | Current |
| | UOP, LLC | Current |
| Siemens Industry Inc. | Siemens AG | Current |
| | Siemens AG Oesterreich | Closed |
| | Siemens Audiologische Technik GmbH | Current |
| | Siemens Building Technologies, Inc. | Closed |
| | Siemens Communications Inc. | Current |
| | Siemens Corporation | Current |
| | Siemens Corporation USA | Former |
| | Siemens Energy Inc. | Current |

63

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Siemens Healthcare Diagnostics | Current |
| | Siemens Hearing Instruments, Inc. | Current |
| | Siemens Industry Inc. | Current |
| | Siemens Medical Solutions USA, Inc. | Current |
| | Siemens Power Generation, Inc. | Former |
| | Siemens Power Transmission and Distribution, LLC | Former |
| | Siemens PSE (PSC) Techlabs | Closed |
| | Siemens S.A.A. of France | Current |
| | Siemens Sanayi ve Ticaret A.S. of Turkey | Current |
| | Siemens Shared Services | Closed |
| | Siemens Transportation Systems Corp. | Closed |
| | Siemens Transportation Systems GmbH & Co KG | Closed |
| | Siemens Transportation Systems, Inc. | Closed |
| | VA Tech | Closed |
| | VA Tech American Corporation | Closed |
| | VA Tech Elin EBG | Closed |
| | VA Tech Elin USA Corporation | Closed |
| | VA Tech Hydro AG | Closed |
| | VA Technologie | Closed |
| | Voest-Alpine Services & Technology Corp. | Closed |
| Strategic Value Partners LLC | Strategic Value Partners | Closed |
| | Strategic Value Partners (UK) LLP | Current |
| Tensar International Corp. | American Capital Ltd. | Current |
| | American Capital Strategies | Current |
| | American Capital Strategies Ltd. | Current |
| | Tensar Corporation | Current |
| Thomson Reuters (Tax & Accounting) Inc. - Carol Stream | FX Alliance Inc. | Closed |
| Thomson Reuters (Tax & Accounting) Inc., Chicago | Thomson Inc. | Former |
| T-Mobile | T-Mobile USA, Inc. | Former |

KE 31805450

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Total Petrochemicals & Refining USA Inc. | Total E&P USA, Inc. | Current |
| United Airlines Inc. | John H. Walker | Closed |
| | Stephen R. Canale | Closed |
| | UAL Corp. | Closed |
| | United AirLines, Inc. | Current |
| | United Loyalty Services, LLC | Closed |
| United States Department of Treasury, Bureau of Customs | 2010-1 SFG Venture LLC | Current |
| United States Securities and Exchange Commission | Gen. Eugene L. Tattini | Current |
| | Jet Propulsion Laboratory | Current |
| | John Casani | Current |
| Verizon (MD) | Alltel Communications of Michigan RSAs, Inc. | Closed |
| Verizon Business FIOS | Alltel Communications, LLC | Closed |
| Verizon Business Fios (CT) | Cellco Partnership | Closed |
| Verizon Wireless | Empire City Subway Company | Current |
| Verizon Wireless (TX) | GTE Corporation | Current |
| | Lowell C. McAdam | Current |
| | MCI Communications Services, Inc. | Current |
| | Randall S. Milch | Current |
| | Verizon Communications Inc. | Current |
| | Verizon New York, Inc. | Current |
| | Verizon Wireless | Current |
| Virtela Technology Services Inc. | NTT America, Inc. | Current |
| Wells Fargo | Norwest Venture Partners | Current |
| | Wachovia Capital Partners 2006 LLC | Closed |
| | Wachovia Investors, Inc. | Current |
| | Wells Fargo | Former |
| | Wells Fargo Bank, N.A. | Closed |
| | Wells Fargo Securities LLC | Current |
| William Blair & Co. LLC | Merit Capital Partners IV, L.L.C. | Current |
| | William Blair Capital Partners | Former |
| Woodlands Resort & Conference Center, The | Howard Hughes Corporation, The | Closed |

65