# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] ) | Case No. 14-11126 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS' ESTATES HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of March 31, 2014 on the value, operations and profitability of those entities in which the debtors in the above-referenced chapter 11 cases (collectively, the "Debtors" or the "Company") hold a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.

| Non-Debtor Entity | Interest of the Estate | Tab # |
|---|---|---|
| GSE International, Inc. (Delaware)[1] | 100.0% Owned | Exhibit B |
| GSE Lining Technology Co. LTD (Thailand) | 99.9% Owned | Exhibit A & B |
| GSE Lining Technology Co. - Egypt S.A.E. (Egypt) | 99.9% Owned | Exhibit A & B |
| HYMA/GSE Manufacturing Co. S.A.E. (Egypt)[2] | 99.74% Owned | Exhibit A & B |
| HYMA/GSE Lining Technology Co. S.A.E. (Egypt)[3] | 99.9% Owned | Exhibit A & B |
| GSE UK LTD (England) | 100.0% Owned | Exhibit A & B |
| GSE Lining Technology LTD (England) | 100.0% Owned | Exhibit A & B |
| GSE Australia Pty LTD (Australia) | 100.0% Owned | Exhibit A & B |
| GSE Lining Technology GmbH (Germany) | 100.0% Owned | Exhibit A & B |
| GSE Environmental Holding Limited (Hong Kong) | 100.0% Owned | Exhibit A & B |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

KE 31805222

| GSE Environmental Lining Technology (Suzhou) Co., Ltd. (China) | 100.0% Owned | Exhibit A & B |
| GSE Lining Technology Chile S.A. (Chile) | 100.0% Owned | Exhibit A & B |
| GSE Environmental S de RL de CV (Mexico) [4] | 100.0% Owned | Exhibit B |

[1] Entity is a passive holding company with no operations, assets, or liabilities separate and apart from the equity it holds in certain non-Debtor subsidiaries. Entity has had little, if any, economic activity in recent months. As such, no financial information is reasonably available with respect to this entity.

[2] Entity is being liquidated. Entity's financial information has been included in the Middle East regional reports.

[3] Entity is being liquidated. Entity's financial information has been included in the Middle East regional reports.

[4] Entity merely maintains a sales office and generates no revenue. Entity has had little, if any, economic activity in recent months. As such, no financial information is reasonably available with respect to this entity.

This periodic report (this "Periodic Report") contains separate reports ("Entity Reports") on the operations, profitability, and cash flows of the non-Debtor entities listed above reported on a regional basis, as of March 31, 2014, the most recent period for which such information is available.

Each Entity Report shall consist of two exhibits. **Exhibit A** contains a balance sheet (including book valuations as measured by reference to total assets and total liabilities) and a statement of income (loss) on a regional basis for the period covered by the Entity Report, along with summarized footnotes. Neither a statement of cash flows nor a statement of changes in shareholders' or partners' equity (deficit) are prepared for each Entity (rather, they are prepared at a consolidated level), and therefore have been excluded from this Periodic Report. **Exhibit B** contains a description of each entity's business operations.

*[Remainder of page intentionally left blank]*

The undersigned, having reviewed the above listing of entities in which the Debtors hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

Date: May 23, 2014

_____
Signature of Authorized Individual

Daniel C. Storey
Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

# EXHIBIT A

## Financial Information

Notes:

[1] The accompanying financial information of the non-Debtor affiliates has been prepared solely for the purpose of complying with the periodic reporting requirements of the Bankruptcy Code. The Periodic Report is limited in scope, covers a limited time period, and the financial information contained herein was not audited or reviewed by independent accountants nor are they intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' affiliates. Furthermore, because the Debtors' accounting systems, policies, and practices were developed with a view to producing consolidated financial reporting, rather than by legal entity, it is possible that not all the results of operations and/or the assets or liabilities have been recorded at the correct legal entity of either the Debtors or a non-Debtor affiliate. The Debtors reserve all rights to supplement or amend any financial information contained in the Entity Reports.

The information presented herein is subject to further review and potential adjustments, and has not been subject to all procedures that would typically be applied to financial information presented in accordance with Generally Accepted Accounting Principles in the United States of America ("US GAAP"), including, but not limited to, accruals, tax provision and other recurring adjustments considered necessary by management to fairly state the financial position and results of operations for the period presented. Furthermore, there can be no assurance that, from the perspective of an investor or potential investor, the Entity Reports are complete. As part of their restructuring efforts, the Debtors are reviewing their assets and liabilities on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' rights with respect to such assets, liabilities, claims and obligations that may exist.

[2] Information in this report was provided by the Debtors' management.



**ENVIRONMENTAL**

**Asia Pacific**
**Balance Sheet**
March 2014

|  | Asia Pacific |
|---|---:|
| Cash & Temporary Investments | 3,629,115 |
| Trade Accounts Receivable | 14,890,674 |
| Intercompany Accounts Receivable | 11,113,499 |
| Other Receivables | 2,630,436 |
| Inventories | 17,915,959 |
| ST Deferred Tax Asset | 61,731 |
| Other Current Assets | 607,380 |
| **Current Assets** | **50,848,794** |
| Property Plant & Equipment | 31,089,931 |
| LT Deferred Tax Asset | 0 |
| Customer Lists & Other Intangible Asse | 11,000 |
| Other Assets | 81,717 |
| **Assets** | **82,031,442** |
| Trade Accounts Payable | 6,696,332 |
| Intercompany Accounts Payable | 3,110,483 |
| Accrued Liabilities | 3,726,001 |
| Income Taxes Payable | 206,300 |
| Short Term Debt | 16,095,116 |
| Current Portion of LT Debt | 11,188,508 |
| Other Current Liabilities | 124,108 |
| **Current Liabilities** | **41,146,848** |
| LT Deferred Taxes Payable | 89,999 |
| Long Term Debt | 0 |
| **Liabilities** | **41,236,847** |
| Intercompany Control | 9,890 |
| Stockholder's Equity | 40,784,705 |
| **Liabilities & Stockholder's Equity** | **82,031,442** |

Periods:
Company Code:
Department:
Product:
Run on:



## Legal - Asia Pacific
## Income Statement
### Y-T-D(March) 2014

Page:Y-T-D(Mar)

|  | Asia Pacific |
|---|---:|
| Net_Revenue | 18,931,680 |
| Gross_Revenue_External | 18,087,067 |
| Gross_Revenue_Intercompany | 844,613 |
| Cost_of_Sales | 18,013,157 |
| **Gross_Profit** | **918,523** |
| *Gross_Profit % Revenue* | *4.4%* |
| Selling_ | 525,514 |
| Administration_ | 358,330 |
| Engineering_ | 0 |
| SG&A_Expense | 883,844 |
| Amortization | 22,000 |
| Management Fee | 0 |
| **Operating_Income** | **12,679** |
| *Operating_Income % Revenue* | *(0.4%)* |
| Foreign Exchange (Gain)/Loss | (15,049) |
| Sale of Assets (Gain)/Loss | (77) |
| Impairment of LT Assets | 0 |
| Interest Expense - External | 124,175 |
| Interest Expense - Internal | 91,128 |
| Interest (Income) - External | (1,932) |
| Interest (Income) - Internal | (95,936) |
| Misc_Other_(Income)/Expense | 48,099 |
| **Profit_Before_Taxes** | **(137,729)** |
| *Profit_Before_Taxes % Revenue* | *(1.2%)* |
| Tax Expense | 138,251 |
| **Net_Income** | **(275,980)** |
| *Net_Income % Revenue* | *(1.9%)* |
| GAAP Adjusted EBITDA | 626,203 |
| *GAAP Adjusted EBITDA % Revenue* | *3.3%* |

Periods:
Company Code:
Department:
Product:
Run on:



**Europe Africa**
**Balance Sheet**
March 2014

|  | Europe Africa |
|---|---|
| Cash & Temporary Investments | 3,699,942 |
| Trade Accounts Receivable | 20,220,438 |
| Intercompany Accounts Receivable | 3,504,108 |
| Other Receivables | 1,698,792 |
| Inventories | 22,141,864 |
| ST Deferred Tax Asset | 0 |
| Other Current Assets | 764,703 |
| **Current Assets** | **52,029,847** |
| Property Plant & Equipment | 6,595,773 |
| LT Deferred Tax Asset | 16,879 |
| Customer Lists & Other Intangible Assets | 77,098 |
| **Assets** | **58,719,597** |
| Trade Accounts Payable | 4,423,899 |
| Intercompany Accounts Payable | 17,057,355 |
| Accrued Liabilities | 3,787,098 |
| Income Taxes Payable | (664,922) |
| ST Deferred Tax Liability | 241,852 |
| Other Current Liabilities | 3,563,207 |
| **Current Liabilities** | **28,408,489** |
| LT Deferred Taxes Payable | 0 |
| Other Long Term Liabilities | 1,262,903 |
| **Liabilities** | **29,671,392** |
| Intercompany Control | (25,370,888) |
| Stockholder's Equity | 54,419,093 |
| **Liabilities & Stockholder's Equity** | **58,719,597** |



**Legal - Europe Africa**
**Income Statement**
Y-T-D(March) 2014

:Y-T-D(Mar)

|  | Europe Africa |
|---|---:|
| Net_Revenue | 17,478,843 |
| Gross_Revenue_External | 17,156,339 |
| Gross_Revenue_Intercompany | 322,504 |
| Cost_of_Sales | 16,123,975 |
| **Gross_Profit** | **1,354,868** |
| *Gross_Profit % Revenue* | *7.8%* |
| Selling_ | 1,263,654 |
| Administration_ | 697,348 |
| Engineering_ | 0 |
| SG&A_Expense | 1,961,002 |
| Amortization | 114,569 |
| Management Fee | 0 |
| **Operating_Income** | **(720,703)** |
| *Operating_Income % Revenue* | *(4.1%)* |
| Foreign Exchange (Gain)/Loss | 92,424 |
| Sale of Assets (Gain)/Loss | 0 |
| Impairment of LT Assets | 0 |
| Interest Expense - External | 38,558 |
| Interest Expense - Internal | 137,148 |
| Interest (Income) - External | 0 |
| Interest (Income) - Internal | (245,664) |
| Misc_Other_(Income)/Expense | (11,186) |
| **Profit_Before_Taxes** | **(731,983)** |
| *Profit_Before_Taxes % Revenue* | *(4.2%)* |
| Tax Expense | (190,620) |
| **Net_Income** | **(541,363)** |
| *Net_Income % Revenue* | *(3.1%)* |
| GAAP Adjusted EBITDA | (122,387) |
| *GAAP Adjusted EBITDA % Revenue* | *(0.7%)* |



**Latin America**
**Balance Sheet**
March 2014

|  | Latin America |
|---|---|
| Cash & Temporary Investments | 3,243,164 |
| Trade Accounts Receivable | 4,000,132 |
| Intercompany Accounts Receivable | 237,229 |
| Other Receivables | 42,096 |
| Inventories | 6,932,292 |
| Other Current Assets | 61,262 |
| **Current Assets** | **14,516,175** |
| Property Plant & Equipment | 2,363,541 |
| Goodwill | 4,439,259 |
| **Assets** | **21,318,975** |
| Trade Accounts Payable | 1,968,474 |
| Intercompany Accounts Payable | 12,571,920 |
| Accrued Liabilities | 196,026 |
| Income Taxes Payable | 5,068 |
| Current Portion of LT Debt | 20,166 |
| Other Current Liabilities | 309,285 |
| **Current Liabilities** | **15,070,939** |
| Long Term Debt | 18,013 |
| **Liabilities** | **15,088,952** |
| Intercompany Control | 6,500,000 |
| Stockholder's Equity | (269,977) |
| **Liabilities & Stockholder's Equity** | **21,318,975** |



ENVIRONMENTAL™

**Legal - Latin America Income Statement**
Y-T-D(March) 2014

Y-T-D(Mar)

|  | Latin America |
|---|---:|
| Net_Revenue | 6,542,129 |
|   Gross_Revenue_External | 6,542,129 |
|   Gross_Revenue_Intercompany | 0 |
| Cost_of_Sales | 6,283,898 |
| **Gross_Profit** | **258,231** |
|   *Gross_Profit % Revenue* | *3.9%* |
| Selling_ | 161,340 |
| Administration_ | 273,050 |
| Engineering_ | 0 |
| SG&A_Expense | 434,390 |
| Amortization | 0 |
| Management Fee | 0 |
| **Operating_Income** | **(176,159)** |
|   *Operating_Income % Revenue* | *(2.7%)* |
| Foreign Exchange (Gain)/Loss | 427,540 |
| Sale of Assets (Gain)/Loss | 0 |
| Impairment of LT Assets | 0 |
| Interest Expense - External | 785 |
| Interest Expense - Internal | 98,591 |
| Interest (Income) - External | 0 |
| Interest (Income) - Internal | 0 |
| Misc_Other_(Income)/Expense | 119 |
| **Profit_Before_Taxes** | **(703,194)** |
|   *Profit_Before_Taxes % Revenue* | *(10.7%)* |
| Tax Expense | 0 |
| **Net_Income** | **(703,194)** |
|   *Net_Income % Revenue* | *(10.7%)* |
| GAAP Adjusted EBITDA | 97,725 |
|   *GAAP Adjusted EBITDA % Revenue* | *1.5%* |



**ENVIRONMENTAL™**

**Middle East**
**Balance Sheet**
March 2014

|  | Middle East |
|---|---:|
| Cash & Temporary Investments | 835,750 |
| Trade Accounts Receivable | 3,336,143 |
| Intercompany Accounts Receivable | 3,510,954 |
| Other Receivables | 630,535 |
| Inventories | 3,598,304 |
| Other Current Assets | 179,156 |
| **Current Assets** | **12,090,842** |
| Property Plant & Equipment | 8,352,576 |
| Other Assets | 119,825 |
| **Assets** | **20,563,243** |
| Trade Accounts Payable | 1,579,556 |
| Intercompany Accounts Payable | 7,597,123 |
| Accrued Liabilities | 323,337 |
| Income Taxes Payable | 55,771 |
| Short Term Debt | 1,418,436 |
| Other Current Liabilities | 479,912 |
| **Current Liabilities** | **11,454,135** |
| **Liabilities** | **11,454,135** |
| Intercompany Control | 6,114,862 |
| Stockholder's Equity | 2,994,246 |
| **Liabilities & Stockholder's Equity** | **20,563,243** |



# GSE ENVIRONMENTAL™

**Legal - Middle East Income Statement**
Y-T-D(March) 2014

Page:Y-T-D(Mar)

|  | Middle East |
|---|---|
| Net_Revenue | 5,911,995 |
|   Gross_Revenue_External | 2,358,378 |
|   Gross_Revenue_Intercompany | 3,553,617 |
| Cost_of_Sales | 5,740,674 |
| **Gross_Profit** | **171,321** |
|   Gross_Profit % Revenue | 2.9% |
| Selling_ | 119,812 |
| Administration_ | 94,180 |
| Engineering_ | 0 |
| SG&A_Expense | 213,992 |
| Amortization | 0 |
| Management Fee | 0 |
| **Operating_Income** | **(42,671)** |
|   Operating_Income % Revenue | (0.7%) |
| Foreign Exchange (Gain)/Loss | (22,577) |
| Sale of Assets (Gain)/Loss | 0 |
| Impairment of LT Assets | 0 |
| Interest Expense - External | 11,097 |
| Interest Expense - Internal | 105,377 |
| Interest (Income) - External | 0 |
| Interest (Income) - Internal | 0 |
| Misc_Other_(Income)/Expense | (5) |
| **Profit_Before_Taxes** | **(136,563)** |
|   Profit_Before_Taxes % Revenue | (2.3%) |
| Tax Expense | 0 |
| **Net_Income** | **(136,563)** |
|   Net_Income % Revenue | (2.3%) |
| GAAP Adjusted EBITDA | 190,797 |
|   GAAP Adjusted EBITDA % Revenue | 3.2% |

# EXHIBIT B

## Description of Operations[1]

| Non-Debtor Entity | Description of Business |
|---|---|
| GSE International, Inc. (Delaware) | Holding company in U.S. which holds interests directly and indirectly in non-U.S. entities |
| GSE Lining Technology Co. LTD (Thailand) | Manufactures, sells, and/or services GSE products |
| GSE Lining Technology Co. - Egypt S.A.E. (Egypt) | Manufactures, sells, and/or services GSE products |
| HYMA/GSE Manufacturing Co. S.A.E. (Egypt) | Entity is in liquidation |
| HYMA/GSE Lining Technology Co. S.A.E. (Egypt) | Entity is in liquidation |
| GSE UK LTD (England) | Holding company for GSE Lining Technology LTD (England) |
| GSE Lining Technology LTD (England) | Entity is not a going concern. It owns a property which is for sale. The Debtors intend to liquidate the entity following the sale |
| GSE Australia Pty LTD (Australia) | Sells and/or services GSE products |
| GSE Lining Technology GmbH (Germany) | Manufactures, sells, and/or services GSE products |
| GSE Environmental Holding Ltd. (Hong Kong) | Holding company for GSE Environmental Lining Technology (Suzhou) Co., Ltd. (China) |
| GSE Environmental Lining Technology (Suzhou) Co., Ltd. (China) | Manufactures, sells, and/or services GSE products |
| GSE Lining Technology Chile S.A. (Chile) | Manufactures, sells, and/or services GSE products |
| GSE Environmental S de RL de CV (Mexico) | Maintains a sales office regarding GSE products |

---

[1] Information in this report was provided by Debtors' management

KE 31805222