# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GSE ENVIRONMENTAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11126 (MFW)<br>(Jointly Administered)<br><br>Re: Docket Nos. 21 and \_\_\_\_\_ |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CONTINUE THE HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS, AND (E) GRANTING RELATED RELIEF**

Upon consideration of the Emergency Motion of The Official Committee of Unsecured Creditors (the "Committee") to Continue the Hearing on (the "Motion to Continue") the Debtors' the Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, (D) Approving the Manner and Forms of Notice and Other Related Documents, and (E) Granting Related Relief (the "Disclosure Statement Approval Motion") (D.I. 21) and any objection to the Motion to Continue, and for the reasons set forth in the Motion to Continue, it is hereby

ORDERED THAT, the Motion to Continue is GRANTED;

ORDERED THAT, the Disclosure Statement Approval Motion is continued to July \_\_\_\_, 2014, at \_\_\_\_\_:\_\_\_\_ \_\_\_.m. (Eastern); and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

ORDERED THAT, objections to the Disclosure Statement Approval Motion are due on July ____, 2014, at _____:____ ___.m. (Eastern).

Dated: _____, 2014
Wilmington, Delaware

                                                         _____
                                                       MARY F. WALRATH
                                                       U.S. BANKRUPTCY JUDGE