# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GSE ENVIRONMENTAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11126 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: N/A**<br>**Hearing Date: N/A** |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO ITS EMERGENCY MOTION TO CONTINUE THE HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS, AND (E) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its proposed counsel, moves this Court for entry of an Order Shortening Notice (the "Motion to Shorten Notice") with respect to the Committee's Motion to Continue the Hearing (the "Motion to Continue") on Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, (D) Approving the Manner and Forms of Notice and Other Related Documents, and (E) Granting Related Relief (the "Disclosure Statement Approval Motion"), which Motion to Continue is being filed contemporaneously with this Motion to Shorten Notice. In support of this Motion to Shorten Notice, the Committee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

1.      On Friday, May 16, 2014, the Office of the United States Trustee appointed the Committee. On that same date, counsel for the Committee sent to Debtors' counsel a list of documents and related information necessary for the Committee's due diligence regarding the Disclosure Statement[2] and the Plan. The Debtors produced the first responsive documents four days later on May 20, 2014. To date, many items remain outstanding, and the Committee continues its due diligence. The Committee requested the Debtors consent to the Motion to Continue, but the Debtors refused to consent.

2.      Pursuant to Del.Bankr.LR. 9006-1(e), "[n]o motion will be scheduled on less notice than required by these rules or the Fed.R.Bankr.P. except by Order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice. The Court will rule on such motion promptly without need for hearing."

3.      Although eighteen (18) days is the standard notice period for a motion, see Del. Bankr. L.R. 9006-1(c)(i), the Motion to Continue should be heard on shortened notice. The Committee requests that the hearing on the Motion to Continue be scheduled for **June 2, 2014, at 11:30 a.m. (Eastern)**.[3]

4.      By its Motion to Continue, the Committee requests continuance of the hearing on the Disclosure Statement Approval Motion until after the Bar Date. The Disclosure Statement Approval Hearing is currently scheduled for June 11, 2014 at 11:30 AM (Eastern). In the Motion to Continue, the Committee requests that such hearing be continued for approximately one month – until after the Bar Date, which likely will be during the second week of July 2014.

5.      The Debtors will not suffer any harm if this Court hears the Committee's Motion to Continue on an expedited basis because the Motion to Continue is procedural.

---

[2] Capitalized terms not defined in this Motion to Shorten shall have the meanings ascribed to such terms in the Motion to Continue.

[3] That date and time is the next currently scheduled omnibus hearing in these cases.

6. If the Motion to Continue is not heard on shortened notice, the Committee will suffer prejudice as the Motion to Continue would be mooted if the June 11 hearing proceeded as scheduled. Moreover, the Committee would have to proceed with the Disclosure Statement Approval Hearing even though the Disclosure Statement (as set forth in the Motion to Continue) lacks any meaningful information regarding the amount of unsecured claims in Classes 4 and 5 and the *unencumbered* assets available for distribution on account of such claims. The claims filed against the estate on or prior to the Bar Date will resolve much of the uncertainty regarding the potential amount of claims in Class 5.

7. The Committee respectfully requests that the hearing on the Motion to Continue be scheduled for **June 2, 2014, at 11:30 a.m. (Eastern)**. The Committee requests that objections to the Motion to Continue be presented at the June 2, 2014, hearing.

8. The Committee will serve this Motion to Shorten Notice, along with the Motion to Continue and a copy of any order granting the Motion to Shorten Notice upon counsel for (i) the Debtors, (ii) the Office of the United States Trustee; (iii) any official committees, and (iv) all entities requesting notice pursuant to Fed. R. Bankr. P. 2002(i).

WHEREFORE, the Committee respectfully requests that the Court enter an order (i) scheduling a hearing on the Motion to Continue for June 2, 2014, at 11:30 a.m. (Eastern), or the next available date and time that is convenient for the Court and prior to June 11, 2014; (ii) providing that any objections to the Motion to Continue may be presented at the hearing on the Motion to Continue; and (iii) granting such further relief to the Committee as is appropriate.

Date: May 27, 2014

Respectfully submitted,

REED SMITH LLP

By: /s/
Kurt F. Gwynne (No. 3951)
Kimberly E. C. Lawson (No. 3966)
Joseph M. Grieco (No. 5848)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7550
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
klawson@reedsmith.com
jgrieco@reedsmith.com

and

Claudia Z. Springer, Esquire
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 851-8100
Fax: (215) 851-1420
Email: cspringer@reedsmith.com

Proposed Counsel for The Official Committee of Unsecured Creditors for GSE Environmental, Inc.