ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GSE ENVIRONMENTAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11126 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 116 |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO:**

**EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CONTINUE THE HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING, AND TABULATING VOTES ON THE PLAN AND FOR FILING OBJECTIONS TO THE PLAN, (D) APPROVING THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS, AND (E) GRANTING RELATED RELIEF**

Upon consideration of the Motion of The Official Committee of Unsecured Creditors (the "Committee") Pursuant to Del. Bankr. L.R. 9006-1 for an Order Shortening Notice (the "Motion to Shorten Notice") with respect to the Committee's Emergency Motion to Continue the Hearing (the "Motion to Continue") on the Debtors' the Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, (D) Approving the Manner and Forms of Notice and Other Related Documents, and (E) Granting Related Relief (D.I. 21), it is hereby

ORDERED THAT, the Motion to Shorten Notice is GRANTED;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

ORDERED THAT, a hearing on the Motion to Continue is scheduled for June 2, 2014, at 11:30 a.m. (Eastern); and it is further

ORDERED THAT, objections to the Motion to Continue may be presented at the hearing.

Dated: May 28, 2014
Wilmington, Delaware

MARY F. WALRATH
U.S. BANKRUPTCY JUDGE