IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | Case No. 14-11126 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 20 |

## NOTICE OF FILING OF EXHIBITS TO DISCLOSURE STATEMENT RELATING TO THE DEBTORS' JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on May 5, 2014, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Disclosure Statement Relating to the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 20] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (a) the attached "Liquidation Analysis" as **Exhibit B** to the Disclosure Statement and (b) the attached "Debtors' Financial Projections" as **Exhibit C** to the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Disclosure Statement is scheduled for June 11, 2014, at 11:30 a.m., prevailing Eastern time, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: May 28, 2014 | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com |

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Jeffrey D. Pawlitz (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
jeffrey.pawlitz@kirkland.com
bradley.giordano@kirkland.com

*Proposed Co-Counsel for the
Debtors and Debtors in Possession*