## EXHIBIT C

**Debtors' Financial Projections**

## Financial Projections for GSE Environmental, Inc., *et al.*

Included on this **Exhibit C** is a projected profit and loss statement (the "Financial Projections") for the Debtors from calendar year 2013 through calendar year 2018 (the "Projection Period"). The Financial Projections assume that the Effective Date will occur on or before July 31, 2014.

The Financial Projections contain certain statements that are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Debtors, including but not limited to the implementation of the Plan, the customer response to the Chapter 11 Cases, the availability of sufficient borrowing capacity or other financing to fund future principal payments of debt, existing and future governmental regulations and actions of government bodies, the availability of raw materials, the financial conditions of the Debtors' customers, changes in the levels of capital investment expenditures by the Debtors' customers, unexpected equipment failures or significant damage to one or more of the Debtors' manufacturing facilities, natural disasters and unusual weather conditions, and other market and competitive conditions. Holders of Claims and Interests are cautioned that the forward-looking statements speak as of the date made and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Debtors and the Reorganized Debtors undertake no obligation to update any such statements.

Creditors and other interested parties should see the section entitled "Risk Factors" of this Disclosure Statement for a discussion of certain factors that may affect the future financial performance of the Debtors.

The Financial Projections make certain assumptions regarding, among other things, the improved health of the U.S. economy, the growth in the sector, demand for the Company's products, level of competition in regional markets, the cost of raw materials, and the ability to ramp up operations. Moreover, the Financial Projections have been prepared based on assumption that the Effective Date will occur on or before July 31, 2014, and the Financial Projections assume the successful implementation of the Debtors' business plan. Although the Debtors presently intend to cause the Effective Date to occur as soon as practicable following Confirmation, there can be no assurance as to when the Effective Date actually will occur.

The Financial Projections are based on, among other things: (a) current and projected market conditions in each of the Debtors' respective markets; (b) the ability to maintain sufficient working capital to fund operations; and (c) Confirmation.

**THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET, AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE AND WILL BE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE HISTORICAL FINANCIAL INFORMATION OR THE FINANCIAL PROJECTIONS OR TO THE DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS MAY PROVE TO BE INACCURATE. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY**

HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER.

THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH OR DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE DEBTORS AND THE REORGANIZED DEBTORS DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THIS DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THE FINANCIAL PROJECTIONS, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS.

*GSE Environmental*
*P&L - Summary*
*($ in millions )*

| | | | Fiscal Year Ended December 31 | | | |
|---|---|---|---|---|---|---|
| | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** |
| **North America + Corporate (Debtors)** | Actual | Forecast | Forecast | Forecast | Forecast | Forecast |
| Revenue | | | | | | |
| Plastics | $ 144.6 | $ 144.5 | $ 162.5 | $ 173.7 | $ 180.7 | $ 188.0 |
| GCL | 30.3 | 21.2 | 25.3 | 26.5 | 27.8 | 29.1 |
| Installation Services | - | - | - | - | - | - |
| Total Revenue | 174.9 | 165.7 | 187.9 | 200.2 | 208.5 | 217.1 |
| Cost of Goods Sold | 152.3 | 144.5 | 160.4 | 170.5 | 177.2 | 184.1 |
| Total Gross Profit | 22.6 | 21.2 | 27.5 | 29.7 | 31.3 | 33.0 |
| Operating Costs | | | | | | |
| Total SG&A | 36.0 | 29.9 | 29.4 | 30.4 | 31.5 | 32.6 |
| Management Fees | - | - | - | - | - | - |
| Amortization  [1] | 1.3 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 |
| Total Operating Costs | 37.4 | 31.3 | 30.8 | 31.9 | 32.9 | 34.0 |
| Other (Income)/Expense | | | | | | |
| Impairment of LT Assets | 51.7 | - | - | - | - | - |
| Other (Income)/Expense | 0.0 | (0.0) | (1.6) | (1.7) | (1.7) | (1.8) |
| Interest (Income)/Expense | 16.3 | 6.7 | 1.0 | 1.1 | 1.2 | 1.3 |
| Total Other (Income)/Expense | 68.0 | 6.7 | (0.6) | (0.5) | (0.5) | (0.5) |
| Tax Expense | 7.4 | 0.2 | - | - | - | - |
| **Net Income** | $ (90.2) | $ (17.0) | $ (2.8) | $ (1.6) | $ (1.1) | $ (0.5) |
| Interest (Income)/Expense | 16.3 | 6.7 | 1.0 | 1.1 | 1.2 | 1.3 |
| Tax Expense | 7.4 | 0.2 | - | - | - | - |
| Depreciation   [1] | 9.0 | 7.0 | 6.5 | 6.7 | 6.5 | 6.6 |
| Amortization   [1] | 1.3 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 |
| Reclass to Restructuring Expenses | 58.3 | 3.5 | - | - | - | - |
| **EBITDAR** | $ 2.2 | $ 1.9 | $ 6.2 | $ 7.6 | $ 8.1 | $ 8.8 |
| Restructuring Expenses / Addbacks | 58.3 | 14.7 | - | - | - | - |
| **EBITDA** | $ (56.2) | $ (12.8) | $ 6.2 | $ 7.6 | $ 8.1 | $ 8.8 |

[1] Before application of fresh start accounting.

**GSE Environmental**
*P&L - Summary*
*($ in millions )*

| | | | Fiscal Year Ended December 31 | | | |
|---|---|---|---|---|---|---|
| | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** |
| **International (Non-Debtors)** | **Actual** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** |
| Revenue | | | | | | |
| Plastics | $ 233.8 | $ 262.3 | $ 276.0 | $ 300.0 | $ 323.6 | $ 348.4 |
| GCL | 1.8 | 3.0 | 4.0 | 4.4 | 4.6 | 4.8 |
| Installation Services | 7.1 | 4.3 | 5.5 | 5.5 | 5.5 | 5.5 |
| Total Revenue | 242.7 | 269.6 | 285.5 | 309.8 | 333.7 | 358.7 |
| | | | | | | |
| Cost of Goods Sold | 217.4 | 241.5 | 254.2 | 272.5 | 290.6 | 309.6 |
| | | | | | | |
| Total Gross Profit | 25.4 | 28.1 | 31.3 | 37.3 | 43.1 | 49.0 |
| | | | | | | |
| Operating Costs | | | | | | |
| Total SG&A | 18.4 | 14.0 | 15.2 | 15.8 | 16.3 | 16.9 |
| Management Fees | - | - | - | - | - | - |
| Amortization    [1] | 0.5 | 0.1 | - | - | - | - |
| Total Operating Costs | 19.0 | 14.1 | 15.2 | 15.8 | 16.3 | 16.9 |
| | | | | | | |
| Other (Income)/Expense | | | | | | |
| Impairment of LT Assets | - | - | | | - | |
| Other (Income)/Expense | 1.0 | 0.5 | (0.4) | (0.4) | (0.4) | (0.4) |
| Interest (Income)/Expense | 1.2 | 2.5 | 3.2 | 3.5 | 3.7 | 4.0 |
| Total Other (Income)/Expense | 2.2 | 3.0 | 2.8 | 3.1 | 3.3 | 3.6 |
| | | | | | | |
| Tax Expense | (1.5) | 0.4 | 2.6 | 3.8 | 4.8 | 5.8 |
| | | | | | | |
| **Net Income** | **$   5.7** | **$  10.6** | **$  10.7** | **$  14.6** | **$  18.7** | **$  22.8** |
| | | | | | | |
| Interest (Income)/Expense | 1.2 | 2.5 | 3.2 | 3.5 | 3.7 | 4.0 |
| Tax Expense | (1.5) | 0.4 | 2.6 | 3.8 | 4.8 | 5.8 |
| Depreciation    [1] | 5.4 | 6.1 | 5.6 | 5.8 | 6.0 | 5.2 |
| Amortization    [1] | 0.5 | 0.1 | - | - | - | - |
| Reclass to Restructuring Expenses | 2.3 | 0.6 | - | - | - | - |
| | | | | | | |
| **EBITDAR** | **$  13.7** | **$  20.3** | **$  22.1** | **$  27.7** | **$  33.3** | **$  37.7** |
| | | | | | | |
| Restructuring Expenses / Addbacks | 2.3 | 0.6 | - | - | - | - |
| | | | | | | |
| **EBITDA** | **$  11.4** | **$  19.7** | **$  22.1** | **$  27.7** | **$  33.3** | **$  37.7** |

[1] Before application of fresh start accounting.

*GSE Environmental*
*P&L - Summary*
*($ in millions )*

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| | Actual | Forecast | Forecast | Forecast | Forecast | Forecast |
| **GSE Consolidated** | | | | | | |
| Revenue | | | | | | |
|    Plastics | $ 378.4 | $ 406.8 | $ 438.5 | $ 473.7 | $ 504.3 | $ 536.5 |
|    GCL | 32.1 | 24.2 | 29.4 | 30.9 | 32.4 | 33.9 |
|    Installation Services | 7.1 | 4.3 | 5.5 | 5.5 | 5.5 | 5.5 |
| Total Revenue | 417.6 | 435.3 | 473.4 | 510.0 | 542.2 | 575.8 |
| | | | | | | |
| Cost of Goods Sold | 369.7 | 386.0 | 414.6 | 443.1 | 467.7 | 493.8 |
| | | | | | | |
| Total Gross Profit | 47.9 | 49.3 | 58.8 | 67.0 | 74.5 | 82.1 |
| | | | | | | |
| Operating Costs | | | | | | |
|    Total SG&A | 54.4 | 43.9 | 44.6 | 46.2 | 47.8 | 49.5 |
|    Management Fees | - | - | - | - | - | - |
|    Amortization [1] | 1.9 | 1.6 | 1.4 | 1.4 | 1.4 | 1.4 |
| Total Operating Costs | 56.3 | 45.5 | 46.1 | 47.6 | 49.2 | 50.9 |
| | | | | | | |
| Other (Income)/Expense | | | | | | |
|    Impairment of LT Assets | 51.7 | - | - | - | - | - |
|    Other (Income)/Expense | 1.0 | 0.5 | (2.0) | (2.1) | (2.1) | (2.2) |
|    Interest (Income)/Expense | 17.6 | 9.2 | 4.2 | 4.6 | 4.9 | 5.3 |
| Total Other (Income)/Expense | 70.2 | 9.7 | 2.3 | 2.5 | 2.8 | 3.1 |
| | | | | | | |
| Tax Expense | 5.9 | 0.6 | 2.6 | 3.8 | 4.8 | 5.8 |
| | | | | | | |
| **Net Income** | $ (84.5) | $ (6.4) | $ 7.9 | $ 13.0 | $ 17.6 | $ 22.3 |
| | | | | | | |
| Interest (Income)/Expense | 17.6 | 9.2 | 4.2 | 4.6 | 4.9 | 5.3 |
| Tax Expense | 5.9 | 0.6 | 2.6 | 3.8 | 4.8 | 5.8 |
| Depreciation [1] | 14.4 | 13.2 | 12.1 | 12.5 | 12.5 | 11.8 |
| Amortization [1] | 1.9 | 1.6 | 1.4 | 1.4 | 1.4 | 1.4 |
| Reclass to Restructuring Expenses | 60.6 | 4.1 | - | - | - | - |
| | | | | | | |
| **EBITDAR** | $ 15.8 | $ 22.2 | $ 28.3 | $ 35.4 | $ 41.3 | $ 46.6 |
| | | | | | | |
| Restructuring Expenses / Addbacks | 60.6 | 15.3 | - | - | - | - |
| | | | | | | |
| **EBITDA** | $ (44.8) | $ 6.9 | $ 28.3 | $ 35.4 | $ 41.3 | $ 46.6 |

Fiscal Year Ended December 31

[1] Before application of fresh start accounting.