IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GSE ENVIRONMENTAL, INC., et al.,[1] | ) Case No. 14-11126 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

NOTICE OF DEADLINES FOR THE FILING OF
PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS
UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE

---

**THE GENERAL BAR DATE IS JULY 7, 2014**

**THE GOVERNMENTAL BAR DATE IS OCTOBER 31, 2014**

---

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim.** On June 3, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 166] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Debtors"):

| DEBTOR | CASE NO. |
|---|---|
| GSE Environmental, Inc. | 14-11126 (MFW) |
| GSE Holding, Inc. | 14-11127 (MFW) |
| GSE Environmental, LLC | 14-11128 (MFW) |
| SynTec, LLC | 14-11129 (MFW) |

**The Bar Dates.** Pursuant to the Bar Date Order, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors that arose prior to May 4, 2014, no matter how remote or contingent such right to payment or equitable remedy may be, including requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **July 7, 2014, at 5:00 p.m., prevailing Eastern Time** (the "General Bar Date"). Governmental

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

1

entities who have a claim or potential claim against the Debtors that arose prior to May 4, 2014, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **October 31, 2014, at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE ON OR BEFORE THE GENERAL BAR DATE OR GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

**Filing a Proof of Claim.** Each proof of claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Debtors' notice and claims agent, Prime Clerk LLC ("Prime Clerk") on or before the General Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date as set forth herein) at the following address:

> GSE Environmental, Inc. Claim Processing
> c/o Prime Clerk LLC
> 830 Third Avenue, 9th Floor
> New York, New York 10022

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars; (iii) clearly identify the Debtor against which the claim is asserted (iv) conform substantially with the proof of claim form provided by the Debtors or Official Form 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against GSE Environmental, Inc.

**Section 503(b)(9) Requests for Payment.** Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtors in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable).

**Additional Information.** If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (i) calling the Debtors' restructuring hotline at (844) 205-4335; (ii) visiting

DOCS_DE:193599.1 30106/001

2

the Debtors' restructuring website at: http://cases.primeclerk.com/gse; and/or (iii) writing to GSE Environmental, Inc. Claim Processing c/o Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022. **Please note** that Prime Clerk cannot offer legal advice or advise whether you should file a proof of claim.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: June 3, 2014 | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
    tcairns@pszjlaw.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Jeffrey D. Pawlitz (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    patrick.nash@kirkland.com
    jeffrey.pawlitz@kirkland.com
    bradley.giordano@kirkland.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*