# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GSE ENVIRONMENTAL, INC., *et al.*,[1] | ) ) | Case No. 14-11126 (MFW) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 604** |

## CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTORS' MOTION FOR ENTRY OF FINAL DECREE CLOSING THE CHAPTER 11 CASES AND TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES

The undersigned counsel for the above-captioned reorganized debtors and debtors-in-possession (the "Reorganized Debtors") hereby certifies that:

1. On June 8, 2016, the Reorganized Debtors filed the *Reorganized Debtors' Motion for Entry of Final Decree Closing the Chapter 11 Cases and Terminating Certain Claims and Noticing Services* [Docket No. 604] (the "Motion").

2. Pursuant to the *Notice of the Motion*, objections to the relief requested in the Motion were due by June 20, 2016, at 4:00 p.m. prevailing Eastern Time. The Debtors received informal comments from the Office of the United States Trustee (the "UST"). As of the date hereof, the Reorganized Debtors have received no other objections to the Motion.

3. Attached hereto as **Exhibit A** is a revised proposed *Final Decree Closing Chapter 11 Cases and Terminating Certain Claims and Noticing Services* (the "Proposed Order"), which resolves the comments received from the UST.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: GSE Environmental, Inc. (1074); GSE Environmental, LLC (1539); GSE Holding, Inc. (9069); and SynTec, LLC (2133). The location of the Debtors' service address is: 19103 Gundle Road, Houston, Texas 77073.

DOCS_DE:208079.1 30106/001

4.      A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes made from the order attached to the Motion.

5.      Accordingly, the Reorganized Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  June 23, 2016 | */s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 44042)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:    (302) 652-4100<br>Facsimile:      (302) 652-4400<br>Email:             ljones@pszjlaw.com<br>                        joneill@pszjlaw.com<br><br>*Co-Counsel for the Reorganized Debtors* |